IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Defendant. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Bardy Diagnostics, Inc. discloses that it is a wholly owned subsidiary of Hill-Rom, Inc. Hill-Rom, Inc. is a wholly-owned subsidiary of Hill-Rom Holdings, Inc. Hill-Rom Holdings, Inc. is a wholly-owned subsidiary of Baxter International, Inc., a publicly-owned company traded on the New York Stock Exchange under the symbol BAX.

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: December 10, 2024
11920575

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff Bardy Diagnostics, Inc.*