Rk on thIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1355 (RGA) ) |
| IRHYTHM TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended to February 17, 2025.

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*

Philip A. Rovner (#3215)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*

December 18, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of _____, 2024.

_____
United States District Court Judge