# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-1355-RGA |
| IRHYTHM TECHNOLOGIES, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey R. Gargano, Devon C. Beane, Melissa M. Haulcomb and A. Rebekah Hill of K&L Gates, 70 W Madison St #3300, Chicago, Il 60602 and Erik J. Halverson of K&L Gates, 4 Embarcadero Center, Suite 1200, San Francisco, California 94111, to represent Bardy Diagnostics, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff Bardy Diagnostics, Inc.*

Dated: December 19, 2024
11937078

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                                _____
                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Signed: */s/ Jeffrey R. Gargano*
Jeffrey R. Gargano
K&L GATES LLP
70 W MADISON ST 3300,
CHICAGO, IL 60602
(312) 372-1121
jeffrey.gargano@klgates.com

Dated: December 19, 2024

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Signed: */s/ Devon C. Beane*
Devon C. Beane
K&L GATES
70 W Madison St 3300,
Chicago, IL 60602
(312) 372-1121
devon.beane@klgates.com

Dated: December 19, 2024

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Signed: */s/ Melissa M. Haulcomb*
Melissa M. Haulcomb
K&L GATES
70 W Madison St 3300,
Chicago, IL 60602
(312) 372-1121
melissa.haulcomb@klgates.com

Dated: December 19, 2024

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Signed: */s/ A. Rebekah Hill*
A. Rebekah Hill
K&L GATES
70 W Madison St 3300,
Chicago, IL 60602
(312) 372-1121
rebekah.hill@klgates.com

Dated: December 19, 2024

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, Illinois, and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Signed: */s/ Erik J. Halverson*
Erik J. Halverson
K&L GATES
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(312) 807-4226
erik.halverson@klgates.com

Dated: December 19, 2024