IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1355 (RGA) |
| | ) |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant to answer, move, or otherwise respond to the First Amended Complaint (D.I. 9) is extended to March 3, 2025.

POTTER ANDERSON & CORROON LLP

/s/ *Philip A. Rovner*
_____
Philip A. Rovner (#3215)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*

December 31, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of _____, 202__.

_____
United States District Court Judge