# EXHIBIT 9

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): Jason Felix et al. | |
| Serial No.: 17/119,945 | Group Art Unit: 3792 |
| Patent No. 11,051,743 | Examiner: Manuel, George C. |
| Filed: December 11, 2020 | |
| Title: Electrocardiography Patch | |
| Attorney Docket No.: 127.2029.US.CON | |

5      **STATUTORY DISCLAIMER**
       **UNDER 35 U.S.C. 253(a) and 37 C.F.R. § 1.321(a)**

Commissioner for Patents
P.O. Box 1450
10     Alexandria, VA 22313-1450

Commissioner:

Bardy Diagnostics, Inc. is the assignee and has complete ownership of U.S. Patent No. 11,051,743, as evidenced by the assignment recorded at reel/frame
15     033701/0738.

Bardy Diagnostics, Inc., through its attorney of record, hereby disclaims Claims 1-10 in U.S. Patent No. 11,051,743 (the "'743 patent"). For the avoidance of doubt, Claims 11-20 remain standing in the '743 patent.
20

The required fee, as set forth in 37 C.F.R. § 1.20(d), is submitted herewith. In accordance with 37 C.F.R. § 1.321(a), Patentee respectfully requests that this disclaimer be duly recorded.

Bardy Ex. 2003
Page 1 of 2
Vital Connect v. Bardy Diagnostics
IPR2023-00381


                                        Respectfully submitted,

Dated: April 21, 2023            By: /Krista A. Wittman/
                                             Krista A. Wittman, Esq.
5                                          Reg. No. 59,594

Cascadia Intellectual Property
P.O. Box 3029                         Telephone: (206) 381-3900
Lynnwood WA 98046           Facsimile: (206) 381-3999

Statutory Disclaimer                          - 2 -