**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | |
| Plaintiff, | C.A. No. 24-1355-JDW |
| v. | **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | |
| Defendant. | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that prior to 5:00 p.m. on March 6, 2025, the following

documents were served on the following counsel of record at the addresses and in the manner

indicated:

PLAINTIFF BARDY DIAGNOSTICS, INC.'S INITIAL DISCLOSURES

PLAINTIFF BARDY DIAGNOSTICS, INC.'S FIRST SET OF INTERROGATORIES TO
DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 1–7)

PLAINTIFF BARDY DIAGNOSTICS, INC.'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT IRHYTHM
TECHNOLOGIES, INC. (NOS. 1–45)

**VIA EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
jbbefiling@mnat.com
began@mnat.com

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430-2600
rcounihan@fenwick.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated:  March 6, 2025
12091272

By: */s/ Philip A. Rovner*
      Philip A. Rovner (#3215)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE  19899
      (302) 984-6000
      provner@potteranderson.com

*Attorneys for Plaintiff Bardy Diagnostics, Inc.*