IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BARDY DIAGNOSTICS, INC., )
)
      Plaintiff, Counter-Defendant )
)
      v. )  C.A. No. 24-1355 (JDW)
)
IRHYTHM TECHNOLOGIES, INC., )
)
      Defendant, Counter-Plaintiff. )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Melanie L. Mayer, J. David Hadden, Allen Wang, Robert Counihan and Daniel Rabinowitz of FENWICK & WEST LLP to represent defendant iRhythm Technologies, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lucinda C. Cucuzzella*
_____
Brian P. Egan (#6227)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant*

March 24, 2025

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* Melanie Mayer, J. David Hadden, Allen Wang, Robert Counihan and Daniel Rabinowitz is granted.

Date: _____    _____
                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:   March 24, 2025                          /s/ Melanie L. Mayer
                                                Melanie L. Mayer
                                                FENWICK & WEST LLP
                                                401 Union Street, 5th Floor
                                                Seattle, WA  98101
                                                (206) 389- 4510

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: <u>March 24, 2025</u>          <u>/s/ J. David Hadden</u>

J. David Hadden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:   March 24, 2025              /s/ Allen Wang
                                    Allen Wang
                                    FENWICK & WEST LLP
                                    801 California Street
                                    Mountain View, CA  94041
                                    (650) 988-8500

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:   March 24, 2025

*/s/ Robert Counihan*

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY  10010
(212) 430- 2600

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  March 24, 2025                    /s/ Daniel Rabinowitz
                                                    Daniel Rabinowitz
                                                    FENWICK & WEST LLP
                                                    902 Broadway, 18th Floor
                                                    New York, NY  10010
                                                    (212) 430- 2600

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on March 24, 2025, upon the following in the manner indicated:

Philip A. Rovner, Esquire                                        *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                     *VIA ELECTRONIC MAIL*
Devon C. Beane, Esquire
Melissa M. Haulcomb, Esquire
A. Rebekah Hill, Esquire
K& L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                      *VIA ELECTRONIC MAIL*
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

/s/ *Lucinda C. Cucuzzella*
_____
Lucinda C. Cucuzzella (#3491)