# EXHIBIT 3

Page 1
The CAM Patch: Ambulatory ECG Monitor | Hillrom
https://www.hillrom.com/en/products/cam-patch/

Explore baxter.com    Hillrom is a part of Baxter. Engage with us here for our Hillrom and Welch Allyn product and therapy portfolio.

Contact Us | Shop | Careers | Portal | BardyDx | Baxter.com

Baxter
Hillrom | Welch Allyn

Solutions    Products    Services    Knowledge

Advancing Connected Care  >  Products  >  The CAM Patch: Ambulatory ECG Monitor



Baxter

# CAM Patch

The CAM Patch is a long-term ambulatory ECG monitor that has been clinically proven to identify arrhythmias. It is engineered to optimize p-wave signal capture, which enables differentiation between different types of atrial, as well as ventricular, arrhythmias[1][2]. The CAM's simple design allows for ease of application and its clinical portal helps streamline clinician workflow.

Learn more about the **CAM** Patch solution.

Request More Information >

**Overview** | Education & Documentation | Customer Support

The Carnation Ambulatory Monitor, or CAM Patch previously branded as BardyDx, is now a part of the Baxter diagnostic cardiology portfolio.

- The CAM Report provides full disclosure for the entire wear time and differentiates significant SVTs, including AF, AFL, AT, AVRT, AVNRT, and PAC.
- The BadyDx AI engine has 96% sensitivity, 99.86% specificity, and 99.79% positive predictivity for detecting 30 seconds of AF or longer.[3]
- Every CAM Report is analyzed by at least two certified ECG technicians based in the United States and has a >99.5% physician agreement rate.[4]
- The CAM monitor can be uploaded using the BDx download station at the clinical site to expedite report processing.



## BDxConnect is the companion patient management system to the CAM Patch

With BDxConnect, you will be able to:

- Manage full visibility into CAM Report status from data upload to report generation
- Register streamlined and efficient data entry for quick patient registration
- Review tailored report annotations and instant report generation
- Review real-time report corrections
- Customize the workflow to fit your needs

Captured by FireShot Pro: 28 February 2025, 10:07:31
https://getfireshot.com

## The CAM Report provides greater context for informed-decision making

Some of the CAM Report benefits are:

- Clarity on the actionable diagnosis with unique multiple field views
- Full disclosure for quick, in-depth interpretations
- Reports are provided in PDF format and available through BDxConnect



# Recommended Products


ELI 380 Resting Electrocardiograph


ELI 280 Resting Electrocardiograph


Q-Stress Cardiac Stress Testing System


Diagnostic Cardiology Suite ECG


Cardio Server

References

1. CAM vs Holter: Smith W, et al. Comparison of diagnostic value using a small single channel, P-wave centric sternal ECG monitoring patch with a standard 3-lead Holter system over 24 hours. *American Heart Journal.* 2026.
2. CAM vs Zio: Rho R, et al. Comparison of two ambulatory patch ECG monitors: The benefit of the P-wave and signal clarity. *American Heart Journal.* 2018.
3. Paris D., et al. Atrial Signal Clarity Is Critical If Artificial Intelligence (AI) Is To Be Used To Distinguish Atrial Fibrillation (AF) From Rhythms That Mimic AF. European Journal of Arrhythmia & Electrophysiology. Abstr38, 2020.
4. Statistics based on internal data on file.

**Rx Only.** For safe and proper use of products mentioned herein, please see appropriate Operators Manual or Instructions for Use.
CAM and BDxConnect are trademarks of Baxter International, Inc. or its subsidiaries.

