# EXHIBIT 7

Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product

| Claim 1 | Accused Product |
|---|---|
| [1.pre] An electronic device for long-term adhesion to a user, the device comprising: | To the extent the preamble is limiting, the Bardy CAM Patch product comprises an electronic device for long-term adhesion to a user, the device comprising.<br><br>The Bardy CAM Patch comprises an electronic device adhered to a user.<br><br>Bardy Diagnostics®<br><br>CAM®<br>Instructions<br>For Use<br><br>The Carnation Ambulatory Monitor is a continuously recording P-wave centric™ ambulatory ECG patch monitor that records for up to the prescribed wear time.<br>(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf) |

1

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**

## Symbols                          12

| SYMBOL | DESCRIPTION |
|--------|-------------|
| 131F (55°C) / 32F (0°C) | Do not expose to temperatures outside of these limits. For more information on environmental parameters refer to the Technical Specifications section. |
| 1060hPa / 500hPa | Atmospheric pressure must be within these limits. For more information on environmental parameters refer to the Technical Specifications section. |
| 95% / 10% | Humidity must be within these limits. For more information on environmental parameters refer to the Technical Specifications section. |
| | Date of manufacture |
| | Contains electronic equipment. Dispose of properly in accordance with local regulations. |

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

2

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**

## Instructions For Use | 2

### PREPARE THE SKIN

⚠ **CAUTION:** Proper skin prep required to achieve full length of prescribed monitoring duration.

**Step 1**

Remove all hair over sternal area by shaving close to the skin. Do not merely clip hair. The prepared area should extend 2 inches past where the CAM will be placed.

**Step 2**

Use all prep pads provided in the box to clean area shown. SCRUB the skin with the prep pads until they appear clean after use. Skin should be scrubbed well enough to be slightly reddened. Allow the skin to dry for 2 minutes prior to applying.

prep pads

### PREPARE THE CAM

**Step 3**

On a flat, hard surface insert the narrow end of the Recorder into the Battrode first with the event button facing up, and then push the Recorder down firmly.

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

3

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**

## Instructions For Use    4

### APPLY THE CAM
#### Step 6
Locate the bone at the bottom of the sternum. This is the xiphoid process.




Bottom of CAM over xiphoid process

Apply the CAM to the patient's sternum with the bottom electrode of the patch siting over the xiphoid process. Press along the entire edge of the patch for 2 minutes and rub firmly around the edges of the patch for 1 minute to ensure adhesion. Place two fingers below the event button and press down firmly to adhere the top of the CAM to the patient's chest.

### RECORD SYMPTOMS
#### Step 7
Instruct patients to gently press the button only once each time they feel symptoms, and record the date/time in the Patient Diary (included). Do not press button repeatedly or forcefully.



(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

4

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**



### Baxter
# CAM Patch

The CAM Patch is a long-term ambulatory ECG monitor that has been clinically proven to identify arrhythmias. It is engineered to optimize p-wave signal capture, which enables differentiation between different types of atrial, as well as ventricular, arrhythmias². The CAM's simple design allows for ease of application and its clinical portal helps streamline clinician workflow.

Learn more about the CAM Patch solution.

**Request More Information  ›**

(https://www.hillrom.com/en/products/cam-patch/; *see also* https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

The Bardy CAM Patch comprises long-term adhesion for the service life of the Patch "Up to 2, 7, or 14 days"

5

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**

## Technical Specifications | 13

### TECHNICAL SPECIFICATIONS

| ITEM | SPECIFICATION |
|------|---------------|
| **Performance Characteristics** | |
| ECG channels | 1 channel |
| Recording capacity | Up to 2, 7, or 14 days |
| Recording format | Continuous |
| Service life | Up to 2, 7, or 14 days |
| Shelf life | 24 months |

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

6

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**

| | |
|---|---|
| | 

(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

The Bardy CAM Patch product comprises a housing comprising a physiologic data collection circuit.

For example, the Bardy CAM Patch product comprises a physiologic data collection circuit (e.g., "Proprietary circuit"). The "Proprietary circuit" collects physiologic data, such as cardiac P-wave signals. |
| [1.a] a housing comprising a physiologic data collection circuit, | |

7

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



# Carnation Ambulatory Monitor
by Bardy Diagnostics

Designed to be placed along the sternum — over the heart — to optimize P-wave signal capture, the **CAM** Patch results in improved ECG clarity, providing more information about heart rhythm that may lead to more clinically-actionable diagnoses compared to leading ECG monitors in the industry. Its unique form factor is designed with comfort and satisfaction in mind, with the aim of improving patient compliance.[1-4]

Event button to mark the continuous recording of patient symptoms

Proprietary circuit design enabling optimal signal-to-noise

Lightweight and low-profile design

Slim hourglass shape

Durable long-term adhesive suitable for sensitive skin

Image represents actual size of Carnation Ambulatory Monitor

(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

8



**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| [1.b] the housing positioned over a flexible layer extending from the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing. | ([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))<br><br>Bardy CAM Patch product comprises a housing comprising a physiologic data collection circuit.<br><br><br><br>([https://youtu.be/RPcdb-volpc?si=neNXw98UDtlgwqp1&t=126](https://youtu.be/RPcdb-volpc?si=neNXw98UDtlgwqp1&t=126))<br><br>The Bardy CAM Patch product comprises the housing positioned over a flexible layer extending from the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing.<br><br>For example, the Bardy CAM Patch product comprises the housing positioned over a flexible layer extending from the housing. |

10

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



11

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**



(https://youtu.be/RPcdb-volpc?si=meNXw98UDtlgwqp1&t=126).

For example, the Bardy CAM Patch product includes a flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing.

12

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



Baxter

# CAM Patch

The CAM Patch is a long-term ambulatory ECG monitor that has been clinically proven to identify arrhythmias. It is engineered to optimize p-wave signal capture, which enables differentiation between different types of atrial, as well as ventricular, arrhythmias[1,2]. The CAM's simple design allows for ease of application and its clinical portal helps streamline clinician workflow.

Learn more about the **CAM** Patch solution.

**Request More Information** ❯

Flexible layer

Electrode

Housing

(https://www.hillrom.com/en/products/cam-patch/)

**BardyDx®** Carnation Ambulatory Monitor (CAM®) Specifications

| ELECTRODE CHARACTERISTICS | |
|---|---|
| ITEM | SPECIFICATION |
| Number of electrodes | 2 |
| Type | Electrode incorporating electrode gel and internal lead wire |
| Supplied as | Disposable, non-sterile |
| Lead wire length | 11.6 cm (no patient contact) |
| Materials | Electrode gel: Medical grade conductive synthetic Adhesive: Medical grade skin adhesive |

(BardyDx Carnation Ambulatory Monitor (CAM) Specifications – DN000697B 7/23)

13

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| [1.c] wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, the electrical connection extending from the physiologic data collection circuit to the electrode, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection; | The Bardy CAM Patch product comprises wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, the electrical connection extending from the physiologic data collection circuit to the electrode, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection.<br><br>For example, the Bardy CAM Patch includes a flexible layer comprising a polymer upper layer overlying an electrical connection.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |

14



**Infringement of U.S. Patent No. 12,133,734 By the Bardy CAM Patch Product**

Polymer upper layer

Electrical connection

Flexible layer

15

**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**

For example, the Bardy CAM Patch includes an electrical connection extending from the physiologic data collection circuit to the electrode.



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

16

**Infringement of U.S. Patent No. 12,133,734 By the Bardy CAM Patch Product**



For example, the Bardy CAM Patch includes a polymer upper layer adhered to a polymer lower layer underlying the electrical connection.

17

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



18

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



| | |
|---|---|
| [1.d] a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user, the lower adhesive layer extending at least partially below the housing; and | The Bardy CAM Patch product comprises a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user, the lower adhesive layer extending at least partially below the housing.<br><br>For example, the Bardy CAM Patch product comprises a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user.<br><br>**Step 5**<br>Gently peel the liner from the CAM by grasping the tab at the top of the device and peeling downward, carefully avoiding contact with the adhesive.<br><br>⚠ **CAUTION:** Touching the adhesive can reduce adhesive performance. Hold onto tabs at the end of the CAM.<br><br>(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf) |

19

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



**Infringement of U.S. Patent No. 12,133,734
By the Bardy CAM Patch Product**



## Carnation Ambulatory Monitor
by Bardy Diagnostics

Designed to be placed along the sternum — over the heart — to optimize P-wave signal capture, the **CAM** Patch results in improved ECG clarity, providing more information about heart rhythm that may lead to more clinically-actionable diagnoses compared to leading ECG monitors in the industry. Its unique form factor is designed with comfort and satisfaction in mind, with the aim of improving patient compliance.[1-4]

Event button to mark the continuous recording of patient symptoms

Proprietary circuit design enabling optimal signal-to-noise

Lightweight and low-profile design

Slim hourglass shape

Durable long-term adhesive suitable for sensitive skin

Image represents actual size of Carnation Ambulatory Monitor

(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

21

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



### Baxter
# CAM Patch

The CAM Patch is a long-term ambulatory ECG monitor that has been clinically proven to identify arrhythmias. It is engineered to optimize p-wave signal capture, which enables differentiation between different types of atrial, as well as ventricular, arrhythmias¹,². The CAM's simple design allows for ease of application and its clinical portal helps streamline clinician workflow.

Learn more about the CAM Patch solution.

**Request More Information  ›**

(https://www.hillrom.com/en/products/cam-patch/; *see also* https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

Lower adhesive layer

For example, the lower adhesive layer of the Bardy CAM Patch product extends at least partially below the housing.

22



**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**

(https://youtu.be/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126)

| [1.f] wherein the housing is configured to tilt at an angle relative to the lower adhesive layer in response to movement of the user. | The Bardy CAM product comprises wherein the housing is configured to tilt at an angle relative to the lower adhesive layer in response to movement of the user.<br><br>For example, the Bardy CAM Patch product comprises a housing configured to tilt at an angle relative to the lower adhesive layer in response to movement of the user. |

23

**Infringement of U.S. Patent No. 12,133,734**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

24

**Infringement of U.S. Patent No. 12,133,734 By the Bardy CAM Patch Product**



25