IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| Plaintiff, Counter-Defendant | ) ) ) |
| v. | ) C.A. No. 24-1355 (JDW) |
| IRHYTHM TECHNOLOGIES, INC., | ) ) ) |
| Defendant, Counter-Plaintiff. | ) |

**STIPULATION AND ORDER
CONCERNING PATENT EXPIRATION DATES**

Defendant iRhythm Technologies, Inc. ("iRhythm") and Plaintiff Bardy Diagnostics, Inc. ("Bardy") hereby stipulate to the below.

If Bardy pays all maintenance fees on time, the patents are not abandoned nor statutorily disclaimed, and the patents are not found invalid or unenforceable at any time before their full patent term, the following expiration dates apply:

1. The expiration date of U.S. Patent No. 11,051,743 is November 14, 2033;

2. The expiration date of U.S. Patent No. 12,161,473 is November 14, 2033; and

3. The expiration date of U.S. Patent No. 12,171,562 is November 14, 2033.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Philip A. Rovner* | /s/ *Lucinda C. Cucuzzella* |
| Philip A. Rovner (#3215)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | Brian P. Egan (#6227)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>ccucuzzella@morrisnichols.com |
| *Attorneys for Plaintiff Bardy Diagnostics, Inc.* | *Attorneys for Defendant iRhythm Technologies, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Jeffrey R. Gargano<br>Devon C. Beane<br>Melissa M. Haulcomb<br>Rebekah Hill<br>K&L GATES LLP<br>70 W. Madison Street., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121 | J. David Hadden<br>Allen Wang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500 |
| Erik J. Halverson<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>(415) 882-8238 | Melanie L. Mayer<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>(206) 389-4510 |
| | Robert Edward Counihan<br>Daniel Rabinowitz<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>(212) 430-2600 |

March 24, 2025

SO ORDERED, this 25th day of March, 2025.

/s/ Joshua D. Wolson
United States District Court Judge

2