## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1355-JDW ) ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Andrew M. Moshos of Potter Anderson & Corroon LLP on behalf of Plaintiff Bardy Diagnostics, Inc.

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated:  March 25, 2025
12131566

POTTER ANDERSON & CORROON LLP

By: /s/ *Andrew M. Moshos*
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Plaintiff*
*Bardy Diagnostics, Inc.*