# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-1355-JDW |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jared R. Lund of K&L Gates LLP, 70 West Madison Street, Suite 3100, Chicago, Il 60602, to represent Bardy Diagnostics, Inc. in this matter.

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: March 31, 2025
12142884

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
   Philip A. Rovner (#3215)
   Andrew M. Moshos (#6685)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   amoshos@potteranderson.com

*Attorneys for Plaintiff*
*Bardy Diagnostics, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                           _____
                                                             United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

   In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

   ☐ has been paid to the Clerk of the Court

   ☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: March 31, 2025      Signed: */s/ Jared R. Lund*
                 Jared R. Lund
                 K&L Gates LLP
                 70 West Madison Street, Suite 3100
                 Chicago, IL 60602
                 Phone: (312) 807-4287
                 jared.lund@klgates.com