# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BARDY DIAGNOSTICS, INC.,**<br><br>*Plaintiff,*<br>v.<br><br>**IRHYTHM TECHNOLOGIES, INC.,**<br><br>*Defendant.* | **Case No. 1:24-cv-01355-JDW** |

### ORDER

**AND NOW**, this 11th day of April, 2025, it is **ORDERED** that Paragraph 17 of my Scheduling Order (D.I. 29) is **VACATED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.