IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., <br><br> Defendant, Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-1355 (JDW) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the time for Defendant iRhythm Technologies, Inc. ("iRhythm") to answer, move, or otherwise respond to Plaintiff Bardy Diagnostics, Inc.'s Answer and Counterclaims to iRhythm's First Amended Counterclaims (D.I. 24) is extended to May 1, 2025.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Philip A. Rovner* | /s/ *Lucinda C. Cucuzzella* |
| Philip A. Rovner (#3215) <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com | Brian P. Egan (#6227) <br> Lucinda C. Cucuzzella (#3491) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@morrisnichols.com <br> ccucuzzella@morrisnichols.com |
| *Attorneys for Plaintiff Bardy Diagnostics, Inc.* | *Attorneys for Defendant iRhythm Technologies, Inc.* |

April 17, 2025

SO ORDERED, this  21st  day of April, 2025.

                                                     /s/ *Joshua D. Wolson*
                                                     The Honorable Joshua D. Wolson