# EXHIBIT 9

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): Jason Felix et al. | |
| Serial No.: 17/119,945 | Group Art Unit: 3792 |
| Patent No. 11,051,743 | Examiner: Manuel, George C. |
| Filed: December 11, 2020 | |
| Title: Electrocardiography Patch | |
| Attorney Docket No.: 127.2029.US.CON | |

**STATUTORY DISCLAIMER**
**UNDER 35 U.S.C. 253(a) and 37 C.F.R. § 1.321(a)**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Bardy Diagnostics, Inc. is the assignee and has complete ownership of U.S. Patent No. 11,051,743, as evidenced by the assignment recorded at reel/frame 033701/0738.

Bardy Diagnostics, Inc., through its attorney of record, hereby disclaims Claims 1-10 in U.S. Patent No. 11,051,743 (the "'743 patent"). For the avoidance of doubt, Claims 11-20 remain standing in the '743 patent.

The required fee, as set forth in 37 C.F.R. § 1.20(d), is submitted herewith. In accordance with 37 C.F.R. § 1.321(a), Patentee respectfully requests that this disclaimer be duly recorded.

Bardy Ex. 2003
Page 1 of 2
Vital Connect v. Bardy Diagnostics
IPR2023-00381

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 21, 2023 | By: /Krista A. Wittman/ |
|  | Krista A. Wittman, Esq. |
|  | Reg. No. 59,594 |
| Cascadia Intellectual Property |  |
| P.O. Box 3029 | Telephone: (206) 381-3900 |
| Lynnwood WA 98046 | Facsimile: (206) 381-3999 |

5