# EXHIBIT 13

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| Claim 1 | Accused Product |
|---|---|
| [1.pre] A physiological monitoring device configured to monitor cardiac rhythm data of a patient, the physiological monitoring device comprising: | To the extent the preamble is limiting, the Bardy CAM Patch product comprises a physiological monitoring device configured to monitor cardiac rhythm data of a patient, the physiological monitoring device comprising.<br><br>The Bardy CAM Patch product comprises a physiological monitoring device configured to monitor cardiac rhythm data of a patient, including, for example, "heart rhythm" and "P-wave signal capture."<br><br>**Carnation Ambulatory Monitor** by Bardy Diagnostics<br><br>Designed to be placed along the sternum — over the heart — to optimize P-wave signal capture, the **CAM** Patch results in improved ECG clarity, providing more information about heart rhythm that may lead to more clinically-actionable diagnoses compared to leading ECG monitors in the industry. Its unique form factor is designed with comfort and satisfaction in mind, with the aim of improving patient compliance.[1-4]<br><br>- Event button to mark the continuous recording of patient symptoms<br>- Proprietary circuit design enabling optimal signal-to-noise<br>- Lightweight and low-profile design<br>- Slim hourglass shape<br>- Durable long-term adhesive suitable for sensitive skin<br><br>*Image represents actual size of Carnation Ambulatory Monitor* |

1

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | (https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |
| [1.a] a first housing portion and a second housing portion, wherein the first housing portion detachably couples to the second housing portion; | The Bardy CAM Patch product comprises a first housing portion and a second housing portion, wherein the first housing portion detachably couples to the second housing portion.<br><br>For example, the Bardy CAM Patch product comprises a first housing portion—a component Bardy calls a "Recorder"—and a second housing portion, which is part of a second component Bardy calls a "Battrode." The first housing portion (i.e., Recorder) detachably couples to the second housing portion (i.e., the part of the Battrode to which the Recorder attaches).<br><br><br><br>(https://youtube/RPcdb-volpc?si=V-ITnQOLgrOrtUVa&t=119) |

2

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



First Housing Portion     Second Housing Portion

3

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000782B_CAM-Quick-Ref-Guide.pdf)

4

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

|  | 

(https://youtube/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126) |
|---|---|
| [1.b] a first spring contact configured to electrically couple a battery to a circuit board assembly housed within the first housing portion, | The Bardy CAM Patch product comprises a first spring contact configured to electrically couple a battery to a circuit board assembly housed within the first housing portion.

For example, the Battrode of the Bardy CAM Patch product comprises a first spring contact configured to electrically couple a battery in the Battrode to a circuit board assembly in the Recorder when the housing portions are attached to each other. |

5

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000782B_CAM-Quick-Ref-Guide.pdf)

6

**Infringement of U.S. Patent No. 12,245,859
By the Bardy CAM Patch Product**



Alternatively, in another example, the Recorder of the Bardy CAM Patch product includes a first spring contact. The first spring contact on the Recorder is configured to electrically couple a battery on the Battrode to a circuit board assembly on the Recorder.

7

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | <br><br>The Bardy CAM Patch product also comprises a circuit board assembly housed within the first housing portion. |

8

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

9

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| |  |
| [1.c] a flexible substrate coupled to the second housing portion, wherein the flexible substrate comprises a border portion that is thinner than an interior portion of the flexible substrate; | The Bardy CAM Patch product comprises a flexible substrate coupled to the second housing portion, wherein the flexible substrate comprises a border portion that is thinner than an interior portion of the flexible substrate.<br><br>For example, the Bardy CAM Patch includes a flexible substrate coupled to the second housing portion. |

10

Infringement of U.S. Patent No. 12,245,859
By the Bardy CAM Patch Product



(https://youtube/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126)



11

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| |  |
| | For example, the flexible substrate of the Bardy CAM Patch comprises a border portion that is thinner than an interior portion of the flexible substrate. As shown in the below image, the border portion of the flexible substrate is thinner than the purple-colored interior portion of the flexible substrate, which is in proximity to the electrode trace and the electrode to the right. |
| |  |
| [1.d] an electrode embedded within a portion of the flexible substrate and configured to detect physiological signals of the patient to obtain the | The Bardy CAM Patch product comprises an electrode embedded within a portion of the flexible substrate and configured to detect physiological signals of the patient to obtain the cardiac rhythm data.<br><br>For example, the Bardy CAM Patch product comprises an electrode embedded within a portion of the flexible substrate and configured to detect physiological signals of the patient to obtain the cardiac |

12

| | |
|---|---|
| cardiac rhythm data; and | rhythm data.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |

13

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| |  |
| [1.e] a flexible electrode trace embedded in the flexible substrate and configured to electrically couple the electrode to the circuit board assembly, wherein at least a portion of the flexible electrode trace is in electrical contact with a second spring contact, and wherein the second spring contact is further configured to electrically couple the flexible electrode trace to the circuit board assembly. | The Bardy CAM product comprises a flexible electrode trace embedded in the flexible substrate and configured to electrically couple the electrode to the circuit board assembly, wherein at least a portion of the flexible electrode trace is in electrical contact with a second spring contact, and wherein the second spring contact is further configured to electrically couple the flexible electrode trace to the circuit board assembly.<br><br>For example, the Bardy CAM Patch product comprises a flexible electrode trace embedded in the flexible substrate and configured to electrically couple the electrode to the circuit board assembly. |

**Infringement of U.S. Patent No. 12,245,859
By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

15

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/)

For example, the Recorder of the Bardy CAM patch comprises a second spring contact.  At least a portion of the flexible electrode trace is in electrical contact with the second spring contact through the Battrode. This electrical connection allows the Recorder to receive signals from the flexible electrode trace.

16

**Infringement of U.S. Patent No. 12,245,859
By the Bardy CAM Patch Product**



For example, the second spring contact of the Bardy CAM patch electrically couples the flexible electrode trace to the circuit board assembly. This electrical coupling allows the circuit board assembly on the Recorder to receive signals from the flexible electrode trace.

**Infringement of U.S. Patent No. 12,245,859
By the Bardy CAM Patch Product**



18

**Infringement of U.S. Patent No. 12,245,859**
**By the Bardy CAM Patch Product**



(https://youtube/RPcdb-volpc?si=V-ITnQOLgrOrtUVa&t=119)

19