# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BARDY DIAGNOSTICS, INC.,**<br><br>*Plaintiff,*<br>v.<br><br>**IRHYTHM TECHNOLOGIES, INC.**,<br><br>*Defendant.* | **Case No. 1:24-cv-01355-JDW** |

## ORDER

**AND NOW**, this 29th day of April, 2025, upon review of Defendant iRhythm Technologies, Inc.'s Motion For Leave To File Second Amended Counterclaim And Answer To First Amended Complaint (D.I. 38), and noting that there is no opposition, it is **ORDERED** that the Motion is **GRANTED** as unopposed. iRhythm shall file its Second Amended Counterclaim And Answer To First Amended Complaint on or before May 2, 2025.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
