IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., <br><br> Defendant, Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-1355 (JDW) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant iRhythm Technologies, Inc.'s Disclosure of Asserted Patents, Accused Products, and Damages Model*, were caused to be served on May 1, 2025, upon the following in the manner indicated.

Philip A. Rovner, Esquire                                      *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                    *VIA ELECTRONIC MAIL*
Devon C. Beane, Esquire
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                     *VIA ELECTRONIC MAIL*
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>J. David Hadden<br>Allen Wang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>(650) 988-8500<br><br>Melanie L. Mayer<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA  98101<br>(206) 389- 4510<br><br>Robert Edward Counihan<br>Daniel Rabinowitz<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY  10010<br>(212) 430- 2600<br><br>May 1, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Lucinda C. Cucuzzella*<br><br>Brian P. Egan (#6227)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com<br>ccucuzzella@morrisnichols.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on May 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Devon C. Beane, Esquire<br>Melissa M. Haulcomb, Esquire<br>A. Rebekah Hill, Esquire<br>Jared R. Lund, Esquire<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL  60602<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Halverson, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)