# EXHIBIT 14

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| Claim 1 | Accused Product |
|---|---|
| [1.pre] A physiological monitoring device configured to monitor cardiac rhythm data of a patient, the physiological monitoring device comprising: | To the extent the preamble is limiting, the Bardy CAM Patch product comprises a physiological monitoring device configured to monitor cardiac rhythm data of a patient, the physiological monitoring device comprising.<br><br>The Bardy CAM Patch product comprises a physiological monitoring device configured to monitor cardiac rhythm data of a patient, including, for example, "heart rhythm" and "P-Wave signal capture."<br><br>**Carnation Ambulatory Monitor** by Bardy Diagnostics<br><br>Designed to be placed along the sternum — over the heart — to optimize P-wave signal capture, the **CAM** Patch results in improved ECG clarity, providing more information about heart rhythm that may lead to more clinically-actionable diagnoses compared to leading ECG monitors in the industry. Its unique form factor is designed with comfort and satisfaction in mind, with the aim of improving patient compliance.[1-4]<br><br>Event button to mark the continuous recording of patient symptoms<br>Proprietary circuit design enabling optimal signal-to-noise<br>Lightweight and low-profile design<br>Slim hourglass shape<br>Durable long-term adhesive suitable for sensitive skin<br><br>*Image represents actual size of Carnation Ambulatory Monitor* |

1

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | (https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |
| [1.a] a spring contact configured to electrically couple a battery to a circuit board assembly housed within a first housing portion; | The Bardy CAM Patch product comprises a spring contact configured to electrically couple a battery to a circuit board assembly housed within a first housing portion.<br><br>For example, the second housing portion, which Bardy calls a Battrode, of the Bardy CAM Patch product comprises a spring contact configured to electrically couple a battery in the Battrode to a circuit board assembly in the first housing portion, which Bardy calls a Recorder, when the housing portions are attached to each other.<br><br>[Figure: CAM PREP instructions showing CONNECT and DOCUMENT steps with illustration of inserting Recorder into Battrode] |

2

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000782B_CAM-Quick-Ref-Guide.pdf)



Alternatively, in another example, the Recorder of the Bardy CAM Patch product includes a spring contact. The spring contact on the Recorder is configured to electrically couple a battery to a circuit board assembly on the Recorder.

3

**Infringement of U.S. Patent No. 12,245,860
By the Bardy CAM Patch Product**





The Bardy CAM Patch product also comprises a circuit board assembly housed within the first housing portion.

4

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

5

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | <br>Circuit Board Assembly<br><br>First Housing Portion |
| [1.b] a flexible substrate coupled to a second housing portion, wherein the flexible substrate comprises a first layer and a second layer, and wherein the first layer extends beyond the second layer creating an edge to the flexible substrate that is thinner than an inner portion of the flexible substrate; | The Bardy CAM Patch product comprises a flexible substrate coupled to a second housing portion, wherein the flexible substrate comprises a first layer and a second layer, and wherein the first layer extends beyond the second layer creating an edge to the flexible substrate that is thinner than an inner portion of the flexible substrate.<br><br>For example, the Bardy CAM Patch product includes a component that Bardy calls a Battrode, which includes a flexible substrate coupled to a second housing portion. |

6

**Infringement of U.S. Patent No. 12,245,860
By the Bardy CAM Patch Product**



(https://youtube/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126)



7

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



Second Housing Portion

For example, the Bardy CAM Patch product comprises wherein the flexible substrate comprises a first layer and a second layer. The image below shows a purple-colored area where the first and second layers overlap, in proximity to the electrode trace and electrode to the right.



Flexible Substrate

Second Layer    Electrode Trace

First Layer

For example, the Bardy CAM Patch product also comprises wherein the first layer extends beyond the second layer creating an edge to the flexible substrate that is thinner than an inner portion of the flexible substrate. As shown in the image above, the second layer overlaps with the first layer in the purple-colored inner portion of the flexible substrate. Thus, the first layer extends beyond the second layer

8

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

|  | creating an edge to the flexible substrate that is thinner than the inner portion of the flexible substrate. |
|---|---|
| [1.c] an electrode coupled to the flexible substrate and configured to detect physiological signals of the patient to obtain the cardiac rhythm data; | The Bardy CAM Patch product comprises an electrode coupled to the flexible substrate and configured to detect physiological signals of the patient to obtain the cardiac rhythm data.<br><br>For example, the Bardy CAM Patch comprises an electrode coupled to the flexible substrate and configured to detect physiological signals of the patient to obtain the cardiac rhythm data. |

9

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

10

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| |  |
| [1.d] a support post configured such that force from interaction with a trigger is transmitted to the support post; and | The Bardy CAM Patch product comprises a support post configured such that force from interaction with a trigger is transmitted to the support post.<br><br>For example, the Bardy CAM Patch product comprises gold support posts on the underside of the Recorder that receive a force when the trigger, called an Event Button, is pressed. As shown in the below images, the Bardy CAM Patch includes an Event Button located above the support posts.<br><br> |

11

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | (https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |
| [1.e] a flexible electrode trace coupled to the flexible substrate and configured to electrically couple the electrode to the | The Bardy CAM product comprises a flexible electrode trace coupled to the flexible substrate and configured to electrically couple the electrode to the circuit board assembly, wherein at least a portion of the flexible electrode trace is in electrical contact with a second spring contact, and wherein the second spring contact is further configured to electrically couple the flexible electrode trace to the circuit board |

14

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| circuit board assembly, wherein at least a portion of the flexible electrode trace is in electrical contact with a second spring contact, and wherein the second spring contact is further configured to electrically couple the flexible electrode trace to the circuit board assembly. | assembly.<br><br>For example, the Bardy CAM Patch product comprises a flexible electrode trace coupled to the flexible substrate and configured to electrically couple the electrode to the circuit board assembly.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM- |

15

Brochure.pdf)



(https://www.hillrom.com/en/products/cam-patch/)

For example, the Recorder of the Bardy CAM patch comprises a second spring contact. At least a portion of the flexible electrode trace is in electrical contact with the second spring contact through the Battrode. This electrical connection allows the Recorder to receive signals from the flexible electrode trace.

16



For example, the second spring contact of the Bardy CAM patch electrically couples the flexible electrode trace to the circuit board assembly. This electrical coupling allows the circuit board assembly on the Recorder to receive signals from the flexible electrode trace.

17

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



18

**Infringement of U.S. Patent No. 12,245,860**
**By the Bardy CAM Patch Product**



(https://youtube/RPcdb-volpc?si=V-ITnQOLgrOrtUVa&t=119)

19