# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 24-1355-JDW |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on May 1, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF BARDY DIAGNOSTICS, INC.'S DISCLOSURE OF ASSERTED PATENTS, ACCUSED PRODUCTS, AND DAMAGES MODEL

## VIA EMAIL

Jack B. Blumenfeld
Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
jbbefiling@mnat.com
began@mnat.com
ccucuzzella@mnat.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com

| | |
|---|---|
| J. David Hadden<br>Allen Wang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>dhadden@fenwick.com<br>allen.wang@fenwick.com<br>iRhythm-WelchAllyn@fenwick.com | Robert Counihan<br>Daniel Rabinowitz<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>(212) 430-2600<br>rcounihan@fenwick.com<br>drabinowitz@fenwick.com<br>iRhythm-WelchAllyn@fenwick.com |

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Jared R. Lund
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: May 6, 2025
12205583

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Plaintiff*
*Bardy Diagnostics, Inc.*