# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1355-JDW ) ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on May 9, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF BARDY DIAGNOSTICS, INC.'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO
DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 46–66)

PLAINTIFF BARDY DIAGNOSTICS, INC.'S SECOND SET OF
INTERROGATORIES TO DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 8–19)

PLAINTIFF BARDY DIAGNOSTICS, INC.'S
FIRST SET OF REQUESTS FOR ADMISSIONS TO
DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 1–4)

**VIA EMAIL**

Jack B. Blumenfeld
Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
jbbefiling@mnat.com
began@mnat.com
ccucuzzella@mnat.com

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com

Robert Counihan
Daniel Rabinowitz
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430-2600
rcounihan@fenwick.com
drabinowitz@fenwick.com
iRhythm-WelchAllyn@fenwick.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Jeffrey R. Gargano | By: /s/ *Philip A. Rovner* |
| Devon C. Beane | Philip A. Rovner (#3215) |
| Melissa M. Haulcomb | Andrew M. Moshos (#6685) |
| Jared R. Lund | Hercules Plaza |
| Rebekah Hill | P.O. Box 951 |
| K&L GATES LLP | Wilmington, DE 19899 |
| 70 W. Madison St., Suite 3300 | (302) 984-6000 |
| Chicago, IL 60602 | provner@potteranderson.com |
| (312) 372-1121 | amoshos@potteranderson.com |
| | |
| Erik J. Halverson | *Attorneys for Plaintiff* |
| K&L GATES LLP | *Bardy Diagnostics, Inc.* |
| 4 Embarcadero Center, Suite 1200 | |
| San Francisco, CA 94111 | |
| (415) 882-8200 | |

Dated: May 9, 2025
12217483

3