# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC.,  )<br>                                                              )<br>    Plaintiff/ Counterclaim Defendant,  )<br>                                                              )    C.A. No. 24-1355-JDW<br>    v.                                                     )<br>                                                              )    **JURY TRIAL DEMANDED**<br>IRHYTHM TECHNOLOGIES, INC.,        )<br>                                                              )<br>    Defendant/Counterclaim Plaintiff.    )  | |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR LEAVE TO AMEND THE PLEADINGS

WHEREAS, Plaintiff Bardy Diagnostics, Inc. and Defendant and Counterclaim Plaintiff have jointly moved for leave to amend the pleadings in this Action;

IT IS HEREBY ORDERED that the Parties' joint motion for leave to file amended pleadings is GRANTED.

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Joshua D. Wolson

12270325