IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., <br><br> Defendant, Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-1355 (JDW) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Objections and Responses of Defendant iRhythm Technologies, Inc. to Second Set of Interrogatories (Nos. 8-19) of Plaintiff Bardy Diagnostics, Inc.;* (2) *Objections and Responses of Defendant iRhythm Technologies, Inc. to Second Set of Requests for Production of Documents and Things (Nos. 46-66) of Plaintiff Bardy Diagnostics, Inc.* and (3) *Objections and Responses of Defendant iRhythm Technologies, Inc. to First Set of Requests for Admissions (Nos. 1-4) of Plaintiff Bardy Diagnostics, Inc.*, were caused to be served on June 9, 2025, upon the following in the manner indicated.

Philip A. Rovner, Esquire                                               *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                          *VIA ELECTRONIC MAIL*
Devon C. Beane, Esquire
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

OF COUNSEL:

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
(206) 389- 4510

Robert Edward Counihan
Daniel Rabinowitz
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY  10010
(212) 430- 2600

June 9, 2025

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lucinda C. Cucuzzella*
_____
Brian P. Egan (#6227)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on June 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Devon C. Beane, Esquire<br>Melissa M. Haulcomb, Esquire<br>A. Rebekah Hill, Esquire<br>Jared R. Lund, Esquire<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL  60602<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Halverson, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)