IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., <br><br> Plaintiff/ Counterclaim Defendant, <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 24-1355-JDW <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR LEAVE TO AMEND THE PLEADINGS

WHEREAS, Plaintiff Bardy Diagnostics, Inc. and Defendant and Counterclaim Plaintiff have jointly moved for leave to amend the pleadings in this Action;

IT IS HEREBY ORDERED that the Parties' joint motion for leave to file amended pleadings (D.I. 48) is GRANTED.

SO ORDERED this 11th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ Joshua D. Wolson
　　　　　　　　　　　　　　　　　　　　The Honorable Joshua D. Wolson

12270325