# EXHIBIT 5





Carnation
Ambulatory Monitor™

Diagnostic accuracy: Context and confidence through clear P-wave detection1-3
INSERT

BardyDx®





Carnation Ambulatory Monitor
by Bardy Diagnostics

Designed to be placed along the sternum — over the heart — to optimize P-wave signal capture, the **CAM** Patch results in improved ECG clarity, providing more information about heart rhythm that may lead to more clinically-actionable diagnoses compared to leading ECG monitors in the industry. Its unique form factor is designed with comfort and satisfaction in mind, with the aim of improving patient compliance.[1-4]

Event button to mark the continuous recording of patient symptoms
Proprietary circuit design enabling optimal signal-to-noise
Lightweight and low-profile design
Slim hourglass shape
Durable long-term adhesive suitable for sensitive skin
INSERT

*Image represents actual size of Carnation Ambulatory Monitor*

## Comfort for the Patient[1]

### Designed to Improve Patient Compliance[2]

Compact & Discreet

Wire-Free & Easy-to-Use

Water Resistant

96%
OF PATIENTS

Prefer wearing the lightweight and compact **CAM** Patch compared to a 3-lead standard Holter.[1]

# Convenience for the Practice

## Customizable Workflow to Fit the Needs of Your Practice[1]

• Register on BDxCONNECT
• Apply CAM Patch
• Continuous monitoring
• Patient logs symptoms
• Return CAM
• Upload ECG data to BDxCONNECT
• Generate CAM Report by your staff or BardyDx

## Increased Efficiency and Streamlined Clinical Workflows Using our Easy-to-Use Patient Management Portal[4]

CONNECT
Fast Access to Reports by Direct Upload of Patient Data
Flexibility to do own Analysis or Utilize our Certified Techs
2-Day Report Turnaround
Secure Cloud-Based Network

# Clarity for the Physician[2]

## ECG Clarity That Improves Clinical Decision Making[2-4]

5
08:46:32 11/19/2019
AF
40 Min R-R Plot
bpm
08:46:32
40 min
08:46:32
1 sec
8 sec
5 sec
56 sec
msec

High Diagnostic Yield for Informed Diagnoses[1-3]

14
14 Days Extended Duration Monitoring

Proprietary Report Format Delivers Clarity and Context[1]

# Clinically-actionable data for confident decisions and prioritization of care[1,2]

## Greater Impact on Clinical Decision Making[2]

### CAM vs Holter Clinical Study

The **CAM** Patch yielded clinically significant information that either altered patient management and/or prevented the need for intervention in **3.8 times** as many patients than the Holter.[1]

60%
40%
20%
0%
3.8X
As many patients
46%
12%
Holter
CAM

*Number of Patients with Clinically Significant Arrhythmia (n=50, p<0.001)*

### CAM vs Zio® Clinical Study

Based on physician reviewer interpretations of each **CAM** and Zio® XT report, a different, more informed clinical decision would have been made in **12 of 29 (41%)** patients based on the **CAM** ECG Report.[2]

41%
Percent of patients in which a different, more informed clinical decision would have been made
(n=29, p<0.001)

## More Arrhythmias Diagnosed

IDENTIFIED **34%** MORE — Arrhythmias missed or misidentified by patients wearing a Holter[1]

IDENTIFIED **40%** MORE — Total arrhythmias as compared to the Zio® XT patch[2]

Learn more at **www.bardydx.com**

The Carnation Ambulatory Monitor is intended for ambulatory collection of ECG data. **Rx only.**
For safe and proper use of the products mentioned herein, please refer to the Instructions for Use.

1. *Smith W, et al. Comparison of diagnostic value using a small single channel, P-wave centric sternal ECG monitoring patch with a standard 3-lead Holter system over 24 hours. American Heart Journal. 2016.*
2. *Rho R, Vossler M, Blancher S, Poole JE. Comparison of two ambulatory patch ECG monitors: The benefit of the P-wave and signal clarity. American Heart Journal. 2018.*
3. *Willcox ME, Compton SJ, Bardy GH. Continuous ECG monitoring versus mobile telemetry: A comparison of arrhythmia diagnostics in human- versus algorithmic dependent systems. Heart Rhythm O2. 2021 Oct 2;2(6Part A):543-559. doi: 10.1016/j.hroo.2021.09.008. PMID: 34988499; PMCID: PMC8703156.*
4. *Yabut, Marie. "Accelerating proper evaluation of emergancy department patients for arrhythmia concerns with discharge use of ECG Patch Monitors." Heart Rhythm Society, vol. 18, no. 8, 2021, https://doi.org/doi. org/10.1016/j.hrthm.2021.06.183.*

BardyDx.com | Baxter.com

Baxter, BardyDx, BDx design, Bardy Diagnostics and CAM are trademarks of Baxter International Inc. or its subsidiaries.
Any other trademarks, product names or brand images appearing herein are the property of their respective owners.

US-FLC199-230032 (v3.0) 11/2024

BardyDx®

