IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., )<br>)<br>Plaintiff, Counter-Defendant )<br>)<br>v.   )<br>)<br>IRHYTHM TECHNOLOGIES, INC., )<br>)<br>Defendant, Counter-Plaintiff. ) | C.A. No. 24-1355 (JDW) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant iRhythm Technologies, Inc.'s Initial Infringement Claim Charts*, were caused to be served on June 25, 2025, upon the following in the manner indicated.

Philip A. Rovner, Esquire                                                           *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                                    *VIA ELECTRONIC MAIL*
Devon C. Beane, Esquire
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K& L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                                      *VIA ELECTRONIC MAIL*
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Lucinda C. Cucuzzella* |
| OF COUNSEL: | Brian P. Egan (#6227) |
| | Lucinda C. Cucuzzella (#3491) |
| J. David Hadden | 1201 North Market Street |
| Allen Wang | P.O. Box 1347 |
| FENWICK & WEST LLP | Wilmington, DE  19899 |
| 801 California Street | (302) 658-9200 |
| Mountain View, CA  94041 | began@morrisnichols.com |
| (650) 988-8500 | ccucuzzella@morrisnichols.com |
| | |
| Melanie L. Mayer | *Attorneys for Defendant* |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | |
| Seattle, WA  98101 | |
| (206) 389- 4510 | |
| | |
| Robert Edward Counihan | |
| Daniel Rabinowitz | |
| FENWICK & WEST LLP | |
| 902 Broadway, 18th Floor | |
| New York, NY  10010 | |
| (212) 430- 2600 | |
| | |
| June 25, 2025 | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on June 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Devon C. Beane, Esquire<br>Melissa M. Haulcomb, Esquire<br>A. Rebekah Hill, Esquire<br>Jared R. Lund, Esquire<br>K& L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL  60602<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Halverson, Esquire<br>K& L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)