### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | C.A. No. 24-1355-JDW |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant/Counter Plaintiff. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on July 14, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S
SECOND SET OF INTERROGATORIES (NOS. 7-15)

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 63–111)

### VIA EMAIL

Jack B. Blumenfeld
Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
jbbefiling@mnat.com
began@mnat.com
ccucuzzella@mnat.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com

Robert Counihan
Daniel Rabinowitz
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430-2600
rcounihan@fenwick.com
drabinowitz@fenwick.com
iRhythm-WelchAllyn@fenwick.com

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Jared R. Lund
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: July 14, 2025
12355950

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Plaintiff
Bardy Diagnostics, Inc.*

2