# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., ) <br> ) <br> Plaintiff/Counter Defendant, ) <br> ) <br> v. ) <br> ) <br> IRHYTHM TECHNOLOGIES, INC., ) <br> ) <br> Defendant/Counter Plaintiff. ) | C.A. No. 24-1355-JDW <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on July 24, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF BARDY DIAGNOSTICS, INC.'S
INITIAL INVALIDITY CONTENTIONS

## VIA EMAIL

Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
began@mnat.com
ccucuzzella@mnat.com

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com

Robert Counihan
Daniel Rabinowitz
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430-2600
rcounihan@fenwick.com
drabinowitz@fenwick.com
iRhythm-WelchAllyn@fenwick.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jeffrey R. Gargano<br>Devon C. Beane<br>Melissa M. Haulcomb<br>Jared R. Lund<br>Rebekah Hill<br>K&L GATES LLP<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121 | By: /s/ *Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com |
| Erik J. Halverson<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>(415) 882-8200 | *Attorneys for Plaintiff*<br>*Bardy Diagnostics, Inc.* |

Dated: July 24, 2025
12377645