IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., ) | |
| ) | |
| Plaintiff, Counter-Defendant ) | |
| ) | |
| v. ) | C.A. No. 24-1355 (JDW) |
| ) | |
| IRHYTHM TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant, Counter-Plaintiff. ) | |

**DEFENDANT AND COUNTER-PLAINTIFF IRHYTHM, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS AND ANSWER TO PLAINTIFF AND COUNTER-DEFENDANT BARDY DIAGNOSTICS, INC.**

Pursuant to Rules 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure, Defendant and Counter-Plaintiff iRhythm Technologies, Inc. ("iRhythm") respectfully requests leave to file its Fourth Amended Counterclaims and Answer against Plaintiff and Counter-Defendant Bardy Diagnostics, Inc. ("Bardy"). iRhythm's Fourth Amended Counterclaims and Answer (Exhibit A) and corresponding redline pursuant to D. Del. LR 15.1 (Exhibit B) are attached to this Motion. The grounds for this Motion are fully set forth in the accompanying Opening Brief.

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
| J. David Hadden | Brian P. Egan (#6227) |
| Allen Wang | E. Paul Steingraber (#7459) |
| FENWICK & WEST LLP | 1201 North Market Street |
| 801 California Street | P.O. Box 1347 |
| Mountain View, CA  94041 | Wilmington, DE  19899 |
| (650) 988-8500 | (302) 658-9200 |
|  | began@morrisnichols.com |
|  | esteingraber@morrisnichols.com |
| Melanie L. Mayer |  |
| FENWICK & WEST LLP | *Attorneys for Defendant* |
| 401 Union Street, 5th Floor |  |
| Seattle, WA  98101 |  |
| (206) 389- 4510 |  |
|  |  |
| Robert Edward Counihan |  |
| Daniel Rabinowitz |  |
| FENWICK & WEST LLP |  |
| 902 Broadway, 18th Floor |  |
| New York, NY  10010 |  |
| (212) 430- 2600 |  |

September 5, 2025

## RULE 7.1.1 CERTIFICATE OF COMPLIANCE

I hereby certify that counsel for the parties discussed the subject of the foregoing motion. Plaintiff opposes Defendant's motion for leave to file its Fourth Amended Counterclaims and Answer.

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on September 5, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Devon C. Beane, Esquire<br>Melissa M. Haulcomb, Esquire<br>A. Rebekah Hill, Esquire<br>Jared R. Lund, Esquire<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL  60602<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Halverson, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)