# EXHIBIT D

| | |
|---|---|
| **From:** | Daniel Rabinowitz |
| **Sent:** | Wednesday, July 30, 2025 3:59 PM |
| **To:** | Halverson, Erik J.; Adeline Miller; Gargano, Jeffrey R.; Beane, Devon Curtis; Hill, Rebekah; provner@potteranderson.com; Bardy-iRhythm-KLG |
| **Cc:** | iRhythm-Bardy; Cindy Cucuzzella; Egan, Brian P. |
| **Subject:** | RE: Bardy v. iRhythm - iRhythm's Preliminary Invalidity Contentions |

Counsel,

Thank you for your e-mails. iRhythm intends to move for leave to amend its counterclaims to add two additional patents that will be issued shortly by the Patent Office. Given that fact discovery does not end for another year, that the claim construction process has yet to commence, and that substantial completion of document production is not scheduled to end until October 2025, Bardy is in no way prejudiced by the addition of these patents to the case.

To account for these two additional patents, iRhythm proposes the below schedule that includes moving the response date to the initial invalidity contentions to August 21, as Bardy suggests. Please let us know if you intend to oppose iRhythm's motion to amend and whether you agree to the below proposed schedule.

Best,
Daniel

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Judge Wolson will conduct a telephonic status conference at 2pm ET to discuss the progress of the case | August 4, 2025 | No change |
| Infringement contentions (new patents only) | | August 12, 2025 |
| Deadline for response to initial invalidity contentions and related invalidating references (original patents) | August 7, 2025 | August 21, 2025 |
| Parties exchange list of claim terms/phrases for construction and their proposed constructions (original patents) | August 15, 2025 | August 28, 2025 |
| Invalidity contentions (new patents only) | | September 12, 2025 |
| Deadline for response to initial invalidity contentions and related invalidating references (new patents) | | September 26, 2025 |
| Parties exchange list of any new claim terms/phrases for construction and their proposed constructions (new patents) | | September 26, 2025 |
| Deadline to file Joint Claim Construction chart (up to 10 terms/phrases) (all patents) | September 3, 2025 | October 3, 2025 |
| Deadline to serve opening Claim Construction briefs | September 24, 2025 | October 10, 2025 |

| | | |
|---|---|---|
| Deadline to serve answering Claim Construction briefs | October 22, 2025 | October 29, 2025 |
| Substantial Completion of Document Production | October 26, 2025 | No change |
| Deadline to serve reply Claim Construction briefs | November 5, 2025 | November 12, 2025 |
| Deadline to serve sur-reply Claim Construction briefs | November 19, 2025 | No change |
| Deadline to file Joint Claim Construction brief<br><br>Tutorial due | November 26, 2025 | No change |
| Markman Hearing in Bardy case | January 15, 2026 | No change |

Daniel Rabinowitz

Fenwick | Associate | +1 212-430-2778 | DRabinowitz@fenwick.com

---

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Adeline Miller <AMiller@fenwick.com>; Gargano, Jeffrey R. <Jeffrey.Gargano@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>; provner@potteranderson.com; Bardy-iRhythm-KLG <Bardy-iRhythm-KLG@klgates.com>
**Cc:** iRhythm-Bardy <iRhythm-Bardy@fenwick.com>; Cindy Cucuzzella <ccucuzzella@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>
**Subject:** RE: Bardy v. iRhythm - iRhythm's Preliminary Invalidity Contentions

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Four of the fourteen days allotted to prepare responses to iRhythm's 183 charts served last week have now passed since Bardy initially reached out regarding this extension and we have still not heard back on our below request. Please provide your response and position by tomorrow so we can resolve this issue.

Best,
Erik

**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

---

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Friday, July 25, 2025 2:13 PM

2

**To:** Adeline Miller <AMiller@fenwick.com>; Gargano, Jeffrey R. <Jeffrey.Gargano@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>; provner@potteranderson.com; Bardy-iRhythm-KLG <Bardy-iRhythm-KLG@klgates.com>
**Cc:** iRhythm-Bardy <iRhythm-Bardy@fenwick.com>; Cindy Cucuzzella <ccucuzzella@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>
**Subject:** RE: Bardy v. iRhythm - iRhythm's Preliminary Invalidity Contentions

Counsel,

In view of the more than 15,000 pages of charts served by iRhythm, we would like to discuss an extension of the August 7 response deadline. We propose moving the response date two weeks, to August 21. While this would push that response date past the claim construction term exchange, given the amount of time between the August 15 exchange of terms and the ultimate filing of the joint statement with the court, there should be ample time to add additional terms if necessary and have subsequent meet and confers. Please let us know if you agree to this adjustment to the schedule.

Best,
Erik

**K&L GATES**

**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

---

**From:** Adeline Miller <AMiller@fenwick.com>
**Sent:** Thursday, July 24, 2025 2:00 PM
**To:** Gargano, Jeffrey R. <Jeffrey.Gargano@klgates.com>; Halverson, Erik J. <Erik.Halverson@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>; provner@potteranderson.com; Bardy-iRhythm-KLG <Bardy-iRhythm-KLG@klgates.com>
**Cc:** iRhythm-Bardy <iRhythm-Bardy@fenwick.com>; Cindy Cucuzzella <ccucuzzella@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>
**Subject:** RE: Bardy v. iRhythm - iRhythm's Preliminary Invalidity Contentions

Counsel,

Please see below for the Sharefile link to access iRhythm's Initial Invalidity charts, at least some of which are designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY" under the governing protective order. You will receive the password to access the Sharefile link in a separate email.

**Sharefile link:** https://fenwick.sharefile.com/public/share/web-s8f1ce6b9853f469e9e141a0f2401b5f2

Best,

Adeline Miller

Fenwick | Associate | +1 650-335-6078 | AMiller@fenwick.com

**From:** Adeline Miller
**Sent:** Thursday, July 24, 2025 1:57 PM
**To:** Gargano, Jeffrey R. <jeffrey.gargano@klgates.com>; Halverson, Erik J. <Erik.halverson@klgates.com>; Devon.Beane@klgates.com; Hill, Rebekah <Rebekah.Hill@klgates.com>; provner@potteranderson.com; Bardy-iRhythm-KLG <Bardy-iRhythm-KLG@klgates.com>
**Cc:** iRhythm-Bardy <iRhythm-Bardy@fenwick.com>; Cindy Cucuzzella <ccucuzzella@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>
**Subject:** Bardy v. iRhythm - iRhythm's Preliminary Invalidity Contentions

Counsel,

Please see attached for service cover pleading for iRhythm's Preliminary Invalidity Contentions. iRhythm's exhibits are taking longer than expected to load, you will receive a separate email to access the initial invalidity charts and the password shortly.

Best,

Adeline Miller

Fenwick | Associate | +1 650-335-6078 | AMiller@fenwick.com

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Erik.Halverson@klgates.com.

4