# EXHIBIT E

**From:** Daniel Rabinowitz <DRabinowitz@fenwick.com>
**Sent:** Monday, August 11, 2025 10:38 PM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Gargano, Jeffrey R. <Jeffrey.Gargano@klgates.com>; Beane, Devon Curtis <Devon.Beane@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>; provner@potteranderson.com; Bardy-iRhythm-KLG <Bardy-iRhythm-KLG@klgates.com>
**Cc:** iRhythm-Bardy <iRhythm-Bardy@fenwick.com>; Egan, Brian P. <began@morrisnichols.com>; Steingraber, Paul <esteingraber@morrisnichols.com>
**Subject:** Bardy v. iRhythm - iRhythm's motion for leave

Counsel,

As we previously noted, iRhythm intends to move for leave to amend its counterclaims to add two patents that relate to the already-asserted patents in this case. These two patents will soon issue from U.S. Patent Appln. Nos. 19/212,547 and 19/212,582. The allowed claims and Notice of Allowance are attached. iRhythm plans to raise this issue with the Court during this week's status conference.

Good cause exists here because iRhythm intends to move as soon as the patents issue. iRhythm also believes that the addition of these patents in no way prejudices Bardy because claim construction has yet to commence and substantial completion of document production is not scheduled to end until October 2025. Regardless, the "good cause standard under Rule 16(b) hinges on the diligence of the movant, and not on prejudice to the non-moving party." *Cordance Corp. v. Amazon.com, Inc.*, 255 F.R.D. 366, 371 (D. Del. 2009).

Please provide your response to the above by tomorrow so that the parties can meet and confer on Wednesday, August 13 before the status conference as needed. Please also provide your thoughts on the below schedule iRhythm intends to present to the Court.

iRhythm will circulate a draft status report tomorrow to be sent to the court Wednesday ahead of the conference. We are not aware of any other issues for the status conference.

Best,
Daniel

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Judge Wolson will conduct a telephonic status conference at 2pm ET to discuss the progress of the case | August 14, 2025 | No change |
| Infringement contentions (new patents only) |  | August 29, 2025 |

1

| | | |
|---|---|---|
| Deadline for response to initial invalidity contentions and related invalidating references (original patents) | August 21, 2025 | No change |
| Parties exchange list of claim terms/phrases for construction and their proposed constructions (original patents) | August 27, 2025 | No change |
| Invalidity contentions (new patents only) | | September 19, 2025 |
| Deadline for response to initial invalidity contentions and related invalidating references (new patents) | | September 26, 2025 |
| Parties exchange list of any new claim terms/phrases for construction and their proposed constructions (new patents) | | September 26, 2025 |
| Deadline to file Joint Claim Construction chart (up to 10 terms/phrases) (all patents) | September 3, 2025 | October 3, 2025 |
| Deadline to serve opening Claim Construction briefs | September 24, 2025 | October 10, 2025 |
| Deadline to serve answering Claim Construction briefs | October 22, 2025 | October 29, 2025 |
| Substantial Completion of Document Production | October 26, 2025 | No change |
| Deadline to serve reply Claim Construction briefs | November 5, 2025 | November 12, 2025 |
| Deadline to serve sur-reply Claim Construction briefs | November 19, 2025 | No change |
| Deadline to file Joint Claim Construction brief<br><br>Tutorial due | November 26, 2025 | No change |
| Markman Hearing in Bardy case | January 15, 2026 | No change |

Daniel Rabinowitz

Fenwick | Associate | +1 212-430-2778 | DRabinowitz@fenwick.com