# EXHIBIT F

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
began@morrisnichols.com

Aug. 13, 2025

The Honorable Joshua D. Wolson                         *VIA ELECTRONIC FILING*
United States District Court
  Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Bardy Diagnostic, Inc. v. iRhythm Techs., Inc.*
           C.A. No. 24-1355 (JDW)

Dear Judge Wolson:

      iRhythm Technologies, Inc. ("iRhythm") respectfully submits this letter to inform the Court that during tomorrow's status conference it requests the opportunity to discuss the addition of two recently allowed patents to this litigation, each of which are related to presently asserted patents. iRhythm expects these patents to issue before the end of August and will seek leave to amend its counterclaims pursuant to F.R.C.P. 15(a) and 16(b) at the appropriate time.

      To account for these new patents, iRhythm has proposed to Bardy modest modifications to the current case schedule, as reflected in Exhibit 1 hereto. These modifications would add dates for the exchange of contentions concerning the new patents and alter only certain claim construction deadlines while leaving the remainder of the current schedule in place. The parties have conferred about iRhythm's proposal but were unable to reach an agreement.

      With the Court's permission, iRhythm is prepared to streamline its request for leave by starting the briefing process on its motion immediately, as the patents have been allowed, the issue fees have been paid, and the only remaining steps before issuance are administrative actions by the USPTO.

                                          Respectfully,

                                          */s/ Brian P. Egan*

                                          Brian P. Egan (#6227)

cc:      All Counsel of Record (via CM/ECF and electronic mail; w/attachment)

## EXHIBIT 1: iRhythm Proposed Schedule Modifications

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Judge Wolson will conduct a telephonic status conference at 2pm ET to discuss the progress of the case | August 14, 2025 | No change |
| Infringement contentions (new patents only) |  | August 29, 2025 |
| Deadline for response to initial invalidity contentions and related invalidating references (original patents) | August 21, 2025 | No change |
| Parties exchange list of claim terms/phrases for construction and their proposed constructions (original patents) | August 27, 2025 | No change |
| Invalidity contentions (new patents only) |  | September 19, 2025 |
| Deadline for response to initial invalidity contentions and related invalidating references (new patents) |  | September 26, 2025 |
| Parties exchange list of any new claim terms/phrases for construction and their proposed constructions (new patents) |  | September 26, 2025 |
| Deadline to file Joint Claim Construction chart (up to 10 terms/phrases) (all patents) | September 3, 2025 | October 3, 2025 |
| Deadline to serve opening Claim Construction briefs | September 24, 2025 | October 10, 2025 |
| Deadline to serve answering Claim Construction briefs | October 22, 2025 | October 29, 2025 |
| Substantial Completion of Document Production | October 26, 2025 | No change |
| Deadline to serve reply Claim Construction briefs | November 5, 2025 | November 12, 2025 |
| Deadline to serve sur-reply Claim Construction briefs | November 19, 2025 | No change |
| Deadline to file Joint Claim Construction brief  Tutorial due | November 26, 2025 | No change |
| Markman Hearing in Bardy case | January 15, 2026 | No change |