# EXHIBIT G

## POTENTIAL AMENDED CASE SCHEDULE

| Event | Current Deadline | Additional Deadline |
|---|---|---|
| Deadline to file Joint Claim Construction chart (all patents, up to 10 terms/phrases) | September 5, 2025 | |
| iRhythm's infringement contentions (new patents only) | | September 11, 2025 |
| Deadline to serve opening Claim Construction briefs (original patents) | September 24, 2025 | |
| *Briefing on iRhythm's Motion to Amend is Scheduled to Complete by September 26, 2025* | | |
| Deadline to serve answering Claim Construction briefs (original patents) | October 22, 2025 | |
| Bardy to propose any new claim terms/phrases for construction and their proposed constructions (new patents only) | | October 24, 2025 |
| Deadline to file supplemental Joint Claim Construction chart (new patents only, up to 2 new terms/phrases) | | October 29, 2025 |
| **Substantial Completion of Document Production** | October 26, 2025 | |
| Bardy's invalidity contentions (new patents only) | | October 31, 2025 |
| **Status Conference with Court** | November 5, 2025 | |
| Deadline to serve reply Claim Construction briefs (original patents) | November 5, 2025 | |
| Deadline for iRhythm to respond to initial invalidity contentions and related invalidating references (new patents only) | | November 5, 2025 |
| Deadline for iRhythm to serve supplemental opening Claim Construction brief (new patents only) | | November 12, 2025 |
| Deadline for Bardy to serve supplemental answering Claim Construction brief (new patents only) | | November 25, 2025 |
| Deadline to serve sur-reply Claim Construction briefs (original patents) | November 19, 2025 | |

1

| Event | Current Deadline | Additional Deadline |
|---|---|---|
| Deadline to file Joint Claim Construction brief<br><br>Tutorial due (all patents) | November 26, 2025 | |
| Deadline for iRhythm to serve reply Claim Construction brief (new patents only) | | December 5, 2025 |
| Deadline to for Bardy to serve sur-reply Claim Construction brief (new patents only) | | December 12, 2025 |
| Deadline to file supplemental Joint Claim Construction brief (new patents only) | | December 15, 2025 |
| ***Markman* Hearing** | January 15, 2026 | |