IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| | ) |
| Plaintiff, Counter-Defendant | ) |
| | ) |
| v. | ) C.A. No. 24-1355 (JDW) |
| | ) |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant, Counter-Plaintiff. | ) |

### [PROPOSED] ORDER

**AND NOW**, upon review of Defendant iRhythm Technologies, Inc.'s Motion for Leave to File Fourth Amended Counterclaims and Answer (D.I. 85), it is **ORDERED** that the Motion is **GRANTED**. Defendant shall file its Fourth Amended Counterclaims and Answer, along with any associated exhibits, within three (3) business days of this Order.

_____
The Honorable Joshua D. Wolson
United States District Court Judge