# Exhibit 6

| | |
|---|---|
| **From:** | Gargano, Jeffrey R. |
| **To:** | Melanie Mayer |
| **Cc:** | Bardy-iRhythm-KLG; Phil Rovner; Brian P. Egan; iRhythm-Bardy@fenwick.com |
| **Subject:** | Bardy v. iRhythm - Request for Meet and Confer |
| **Date:** | Thursday, November 20, 2025 11:43:12 AM |
| **Attachments:** | Redline.docx |

Dear Melanie,

Given the PTO's recent decision to grant reexamination of U.S. Patent Nos. 12,245,859 and 12,245,860, all five of iRhythm's asserted patents in the Bardy v. iRhythm case are now subject to *ex parte* reexamination.  In view of this development, Bardy intends to file a motion to stay iRhythm's counterclaims of infringement of its asserted patents or, in the alternative, leave to amend Bardy's answer and counterclaims to include the defense of inequitable conduct. I am attaching a redline version of Bardy's *First Amended Answer and Counterclaims to Defendant iRhythm Technologies, Inc.'s Third Amended Counterclaims.*

Please provide times on Monday, November 24 when you are available to meet and confer on this issue.

Best regards,
Jeff



**Jeffrey R. Gargano**
IP Litigation Partner
K&L Gates LLP
70 W. Madison Street
Suite 3100
Chicago, Il 60602-4207
312/807-4226-Office
jeffrey.gargano@klgates.com
www.klgates.com