# Exhibit 9

| | |
|---|---|
| **From:** | Lund, Jared R. |
| **To:** | Retley Locke; Halverson, Erik J.; Melanie Mayer; Adeline Miller |
| **Cc:** | WelchAllyn-iRhythm224; iRhythm-WelchAllyn; Phil Rovner; Brian P. Egan |
| **Subject:** | RE: Welch Allyn v. iRhythm - Sample Production |
| **Date:** | Tuesday, October 21, 2025 5:46:11 PM |
| **Attachments:** | Redline.docx |

Hi Retley,

In addition to the issues identified in your email, please note that Bardy intends to move for leave to file its First Amended Answer and Counterclaims to include the allegations of inequitable conduct that have borne out in fact discovery. For tomorrow's meet and confer, please also be prepared to discuss whether iRhythm opposes Bardy's forthcoming motion to amend its affirmative defenses and counter claims. To provide a better understanding of the changes, a redline comparing Bardy's operative Answer and Counterclaims to the proposed First Amended Answer and Counterclaims is attached.

Best,
Jared

**From:** Retley Locke <RLocke@fenwick.com>
**Sent:** Monday, October 20, 2025 3:30 PM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Melanie Mayer <mmayer@fenwick.com>; Lund, Jared R. <Jared.Lund@klgates.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>
**Subject:** RE: Welch Allyn v. iRhythm - Sample Production

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel:

I will send a meeting invitation for 11 PT/2 ET momentarily. Please feel free to forward as needed.

We confirm that the TAGecg inspection issue has now been resolved.

Regards,

Retley G. Locke, Jr.

Fenwick | Associate | +1 212-970-5911 | RLocke@fenwick.com

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Monday, October 20, 2025 2:51 PM
**To:** Retley Locke <RLocke@fenwick.com>; Melanie Mayer <mmayer@fenwick.com>; Lund, Jared R. <Jared.Lund@klgates.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>

**Subject:** RE: Welch Allyn v. iRhythm - Sample Production

**\*\* EXTERNAL EMAIL \*\***

Hi Retley,

We can be available any time after 10am PT on Wednesday. I think #4 has been resolved, but let us know if you feel otherwise. Otherwise, yes, the other three issues remain live.

Best,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

---

**From:** Retley Locke <RLocke@fenwick.com>
**Sent:** Monday, October 20, 2025 9:25 AM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Melanie Mayer <mmayer@fenwick.com>; Lund, Jared R. <Jared.Lund@klgates.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>
**Subject:** RE: Welch Allyn v. iRhythm - Sample Production

Counsel:

Please let us know your availability to meet and confer on Wednesday, October 22, 2025.

From iRhythm's perspective, the issues that are ripe for the parties' discussion at this time are:
(1) Bardy's notice of deposition of Mr. Lopez; (2) Welch Allyn's notice of deposition of Ms. Tamura, and deposition scheduling more generally; (3) Welch Allyn's proposed revisions to Bardy's ESI search terms; and (4) the inspection of the TAGecg device.

iRhythm received your letter of October 17, 2025 concerning document production in the *Welch Allyn* matter, and plans to respond separately.

Regards,

Retley G. Locke, Jr.

Fenwick  |  Associate  |  +1 212-970-5911  |  RLocke@fenwick.com

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Sunday, October 19, 2025 5:33 PM
**To:** Melanie Mayer <mmayer@fenwick.com>; Lund, Jared R. <Jared.Lund@klgates.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>
**Subject:** RE: Welch Allyn v. iRhythm - Sample Production

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Before we finalize a time for inspection, please provide a response to our three other requests for a meet and confer.

Best,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Melanie Mayer <mmayer@fenwick.com>
**Sent:** Saturday, October 18, 2025 4:00 PM
**To:** Lund, Jared R. <Jared.Lund@klgates.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>
**Subject:** RE: Welch Allyn v. iRhythm - Sample Production

Jared,

We are available to inspect the prototype on Tuesday, October 21 between 9:30am and 12pm.

Can you please send the devices corresponding to WELCH ALLYN_033008 and _033009 to:

Fenwick & West LLP
Attn:  Allen Wang
801 California Street
Mountain View, CA 94041

Thank you,

Melanie Mayer

Fenwick | Partner | +1 206-389-4569 | mmayer@fenwick.com

---

**From:** Lund, Jared R. <Jared.Lund@klgates.com>
**Sent:** Thursday, October 16, 2025 6:37 AM
**To:** Melanie Mayer <mmayer@fenwick.com>; Adeline Miller <AMiller@fenwick.com>
**Cc:** WelchAllyn-iRhythm224 <WelchAllyn-iRhythm224@klgates.com>; iRhythm-WelchAllyn <iRhythm-WelchAllyn@fenwick.com>; Phil Rovner <provner@potteranderson.com>; Brian P. Egan <began@mnat.com>
**Subject:** Welch Allyn v. iRhythm - Sample Production

**\*\* EXTERNAL EMAIL \*\***

Counsel:

In response to iRhythm's Request for Production 80, Welch Allyn will be sending two samples of the TAGecg Wearable ECG Sensor, which will correspond to WELCH ALLYN_033008 and WELCH ALLYN_033009.  Please provide the location that you would like these sent.

In addition, Welch Allyn will make available a prototype of the TAGecg Wearable ECG Sensor for inspection in K&L Gates' Chicago office.

Best,
Jared



**Jared R. Lund**
Associate
K&L Gates LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60622
Phone: 312.807.4287
jared.lund@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that

any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jared.Lund@klgates.com.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.