# Exhibit 10



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ............................................................ 15541

    a. By patent owner — 4066 — 26.2%

    b. by other member of the public — 11300 — 72.7%

    c. By order of Commissioner — 175 — 1.1%

2. Number of Filings by discipline

    a. Chemical Operation — 4032 — 25.9%

    b. Electrical Operation — 5978 — 38.5%

    c. Mechanical Operation — 5095 — 32.8%

    d. Design Patents — 436 — 2.8%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation ................................................................................ 6099 — 39.2%

5. Decisions on requests [2] ........................................................... 15536

    a. No. granted — 14386 — 92.6%

        (1) By examiner — 14197

        (2) By Director (on petition) — 189

    b. No. denied — 1244 — 8.0%

        (1) By examiner — 1150

        (2) Reexam vacated — 94

6. Total examiner denials (includes denials reversed by Director) ................................... 1138

    a. Patent owner requester — 533 — 46.8%

    b. Third party requester — 605 — 53.2%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

    a. Average pendency                                      25.1 (mos.)

    b. Median pendency                                         18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………   12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER             6853

        a. All claims confirmed            1620   23.6%

        b. All claims canceled            781   11.4%

        c. Claims changed              4452   65.0%

    b. Certificates – 3rd PARTY REQUESTER                5794

        a. All claims confirmed            1172   20.2%

        b. All claims canceled            980   16.9%

        c. Claims changed              3642   62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM     174

        a. All claims confirmed               17   9.8%

        b. All claims canceled             46   26.4%

        c. Claims changed              111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

2/2



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ...................................................... 15114

|  |  |  |
|---|---|---|
| a. By patent owner | 4027 | 26.6% |
| b. by other member of the public | 10912 | 72.2% |
| c. By order of Commissioner | 175 | 1.2% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3977 | 26.3% |
| b. Electrical Operation | 5796 | 38.3% |
| c. Mechanical Operation | 4989 | 33.0% |
| d. Design Patents | 352 | 2.3% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation ........................................................................................ 5593 37.0%

5. Decisions on requests [2] ........................................................................ 14485

|  |  |  |
|---|---|---|
| a. No. granted | 13376 | 92.3% |
| (1) By examiner | 13187 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1198 | 8.3% |
| (1) By examiner | 1109 | |
| (2) Reexam vacated | 89 | |

6. Total examiner denials (includes denials reversed by Director) .................................. 1110

|  |  |  |
|---|---|---|
| a. Patent owner requester | 526 | 47.4% |
| b. Third party requester | 584 | 52.6% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

1/2

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                                25.2 (mos.)

    b. Median pendency                                                18.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………………… 12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER          3983

        a. All claims confirmed         854   21.4%

        b. All claims canceled         400   10.0%

        c. Claims changed         2729   68.5%

    b. Certificates – 3rd PARTY REQUESTER          8226

        a. All claims confirmed        1804   21.9%

        b. All claims canceled       1250   15.2%

        c. Claims changed        5172   62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM   174

        a. All claims confirmed          17   9.8%

        b. All claims canceled          46   26.4%

        c. Claims changed          111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

2/2



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ..............................................................    14827
    a. By patent owner — 4001 — 27.0%
    b. by other member of the public — 10651 — 71.8%
    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline
    a. Chemical Operation — 3937 — 26.6%
    b. Electrical Operation — 5644 — 38.1%
    c. Mechanical Operation — 4917 — 33.2%
    d. Design Patents — 329 — 2.2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation ......................................................................    5592 — 37.7%

5. Decisions on requests [2] ...........................................................    14485
    a. No. granted — 13376 — 92.3%
        (1) By examiner — 13187
        (2) By Director (on petition) — 189
    b. No. denied — 1198 — 8.3%
        (1) By examiner — 1109
        (2) Reexam vacated — 89

6. Total examiner denials (includes denials reversed by Director) ..................................    1110
    a. Patent owner requester — 526 — 47.4%
    b. Third party requester — 584 — 52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency                                   25.0 (mos.)
     b. Median pendency                                     19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………   12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER             3980
        a. All claims confirmed           851   21.4%
        b. All claims canceled            395    9.9%
        c. Claims changed               2734   68.7%
    b. Certificates – 3rd PARTY REQUESTER                8008
        a. All claims confirmed        1724   21.5%
        b. All claims canceled        1182   14.8%
        c. Claims changed            5102   63.7%
    c. Certificates – COMMISSIONER INITIATED REEXAM     174
        a. All claims confirmed           17    9.8%
        b. All claims canceled          46   26.4%
        c. Claims changed           111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................................ 14489

    a. By patent owner — 3979 — 27.5%

    b. by other member of the public — 10335 — 71.3%

    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline

    a. Chemical Operation — 3889 — 26.8%

    b. Electrical Operation — 5452 — 37.6%

    c. Mechanical Operation — 4844 — 33.4%

    d. Design Patents — 304 — 2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation ............................................................................. 5593 — 38.6%

5. Decisions on requests [2] ........................................................... 14491

    a. No. granted — 13386 — 92.4%

        (1) By examiner — 13197

        (2) By Director (on petition) — 189

    b. No. denied — 1185 — 8.2%

        (1) By examiner — 1105

        (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director) .................................... 1105

    a. Patent owner requester — 526 — 47.6%

    b. Third party requester — 579 — 52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................
    a. Average pendency                                           26.0 (mos.)
    b. Median pendency                                         19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) ..................................... 11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                3957
        a. All claims confirmed                   846    21.4%
        b. All claims canceled                    386    9.8%
        c. Claims changed                       2725    68.9%
    b. Certificates – 3rd PARTY REQUESTER                   7812
        a. All claims confirmed                 1667    21.3%
        b. All claims canceled                 1127    14.4%
        c. Claims changed                     5018    64.2%
    c. Certificates – COMMISSIONER INITIATED REEXAM      174
        a. All claims confirmed                     17    9.8%
        b. All claims canceled                     46    26.4%
        c. Claims changed                      111    63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................................ 14185
    a. By patent owner — 3954 — 27.9%
    b. by other member of the public — 10056 — 70.9%
    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline
    a. Chemical Operation — 3843 — 27.1%
    b. Electrical Operation — 5279 — 37.2%
    c. Mechanical Operation — 4790 — 33.8%
    d. Design Patents — 273 — 1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ................................................................ 5428 — 38.3%

5. Decisions on requests [2] ................................................................ 14185
    a. No. granted — 13082 — 92.2%
        (1) By examiner — 12888
        (2) By Director (on petition) — 194
    b. No. denied — 1183 — 8.3%
        (1) By examiner — 1103
        (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director) ................................... 1103
    a. Patent owner requester — 525 — 47.6%
    b. Third party requester — 578 — 52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                                   25.7 (mos.)

    b. Median pendency                                                    19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER             3960

        a. All claims confirmed         809   20.4%

        b. All claims canceled         396   10.0%

        c. Claims changed         2755   69.6%

    b. Certificates – 3rd PARTY REQUESTER             8630

        a. All claims confirmed      1846   21.4%

        b. All claims canceled      1226   14.2%

        c. Claims changed      5558   64.4%

    c. Certificates – COMMISSIONER INITIATED REEXAM       174

        a. All claims confirmed         17   9.8%

        b. All claims canceled         46   26.4%

        c. Claims changed        111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.............................................................. 13987

    a. By patent owner — 3919 — 28%

    b. by other member of the public — 9893 — 71%

    c. By order of Commissioner — 175 — 1%

2. Number of Filings by discipline

    a. Chemical Operation — 3791 — 27%

    b. Electrical Operation — 5214 — 37%

    c. Mechanical Operation — 4732 — 34%

    d. Design Patents — 250 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation.................................................................................. 1938 — 14%

5. Decisions on requests [2] ........................................................................................ 14130

    a. No. granted — 12905 — 91%

        (1) By examiner — 12718

        (2) By Director (on petition) — 187

    b. No. denied — 1277 — 9%

        (1) By examiner — 1225

        (2) Reexam vacated — 52

6. Total examiner denials (includes denials reversed by Director)................................... 1226

    a. Patent owner requester — 524 — 43%

    b. Third party requester — 702 — 57%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................
      a. Average pendency          25.8 (mos.)
      b. Median pendency          19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)....................   11980

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER      3325
            a. All claims confirmed      693   21%
            b. All claims canceled      300   9%
            c. Claims changed      2332   70%
      b. Certificates – 3rd PARTY REQUESTER      8481
            a. All claims confirmed      1769   21%
            b. All claims canceled      1170   14%
            c. Claims changed      5542   65%
      c. Certificates – COMMISSIONER INITIATED REEXAM      174
            a. All claims confirmed      18   10%
            b. All claims canceled      47   27%
            c. Claims changed      109   63%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81…………………………………………….. 14005

    a. By patent owner — 4137 — 30%
    b. by other member of the public — 9825 — 70%
    c. By order of Commissioner — 43 — 0%

2. Number of Filings by discipline

    a. Chemical Operation — 3782 — 27%
    b. Electrical Operation — 5270 — 38%
    c. Mechanical Operation — 4717 — 34%
    d. Design Patents — 236 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation……………………………………………………………………. 4731 — 34%

5. Decisions on requests……………………………………………………………………. 13178

    a. No. granted — 12042 — 91%
        (1) By examiner — 11891
        (2) By Director (on petition) — 151
    b. No. denied — 1136 — 9%
        (1) By examiner — 1089
        (2) Reexam vacated — 47

6. Total examiner denials (includes denials reversed by Director)……………………………. 2272

    a. Patent owner requester — 586 — 26%
    b. Third party requester — 1686 — 74%

7. Overall reexamination pendency (Filing date to certificate issue date)………………………

    a. Average pendency — 27.7 (mos.)
    b. Median pendency — 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All claims canceled | 3% | 10% | 0% | | 12% |
| c. Claims changed | 20% | 47% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2018                    2/2



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………… | | 13641 |
| a. By patent owner | 3912 | 29% |
| b. by other member of the public | 9686 | 71% |
| c. By order of Commissioner | 43 | 0% |

2. Number of Filings by dicipline

| | | |
|---|---|---|
| a. Chemical Operation | 3670 | 27% |
| b. Electrical Operation | 5148 | 38% |
| c. Mechanical Operation | 4596 | 34% |
| d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation……………………………………………………………………… | 4648 | 34% |

| | | |
|---|---|---|
| 5. Decisions on requests…………………………………………………………………………… | | 13147 |
| a. No. granted | 12047 | 92% |
| (1) By examiner | 11913 | |
| (2) By Director (on petition) | 134 | |
| b. No. denied | 1100 | 8% |
| (1) By examiner | 1054 | |
| (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)……………………………… | | 1056 |
| a. Patent owner requester | 494 | 47% |
| b. Third party requester | 562 | 53% |

| | | |
|---|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)…………………… | | |
| a. Average pendency | | 26.4 (mos.) |
| b. Median pendency | | 19.4 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) .......................... 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81……………………………………………….… 13450

    a. By patent owner      3887   29%

    b. by other member of the public      9520   71%

    c. By order of Commissioner      43   0%

2. Number of Filings by dicipline

    a. Chemical Operation      3632   27%

    b. Electrical Operation      5085   38%

    c. Mechanical Operation      4521   34%

    d. Design Patents      212   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation……..……………………………………………………………… 4350   32%

5. Decisions on requests…….……………………………………………………………… 12929

    a. No. granted      11835   92%

        (1) By examiner      11704

        (2) By Director (on petition)      131

    b. No. denied      1094   8%

        (1) By examiner      1048

        (2) Reexam vacated      46

6. Total examiner denials (includes denials reversed by Director)………..……………….…… 1048

    a. Patent owner requester      492   47%

    b. Third party requester      556   53%

7. Overall reexamination pendency (Filing date to certificate issue date)…………………….

    a. Average pendency      25.77 (mos.)

    b. Median pendency      20.2 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 0% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*.................................................... 13136
    a. By patent owner — 3957 — 30%
    b. by other member of the public — 9014 — 69%
    c. By order of Commissioner — 165 — 1%

2. Number of Filings by dicipline
    a. Chemical Operation — 3569 — 27%
    b. Electrical Operation — 5265 — 40%
    c. Mechanical Operation — 4418 — 34%
    d. Design Patents — 220 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation........................................................................... 4819 — 37%

5. Decisions on requests........................................................................... 12641
    a. No. granted — 11623 — 92%
        (1) By examiner — 11492
        (2) By Director (on petition) — 131
    b. No. denied — 1018 — 8%
        (1) By examiner — 980
        (2) Reexam vacated — 38

6. Total examiner denials (includes denials reversed by Director)................................... 1118
    a. Patent owner requester — 496 — 44%
    b. Third party requester — 622 — 56%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency — 26.5 (mos.)
    b. Median pendency — 19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 1% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10951

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2331 | 21% |
| b. Certificates with all claims canceled | 1334 | 12% |
| c. Certificates with claims changes | 7286 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3268 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2292 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7513 |
| a. All claims confirmed | 1628 | 22% |
| b. All calims cancled | 998 | 13% |
| c. Claims changed | 4887 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*............................................................ 13217

|  |  |  |
|---|---|---|
| a. By patent owner | 3833 | 29% |
| b. by other member of the public | 9217 | 70% |
| c. By order of Commissioner | 167 | 1% |

2. Number of Filings by dicipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3516 | 27% |
| b. Electrical Operation | 5167 | 39% |
| c. Mechanical Operation | 4330 | 33% |
| d. Design Patents | 204 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation................................................................................... 4362    33%

5. Decisions on requests..................................................................................... 12429

|  |  |  |
|---|---|---|
| a. No. granted | 11402 | 92% |
| (1) By examiner | 11271 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1027 | 8% |
| (1) By examiner | 990 | |
| (2) Reexam vacated | 37 | |

6. Total examiner denials (includes denials reversed by Director).................................... 1067

|  |  |  |
|---|---|---|
| a. Patent owner requester | 665 | 62% |
| b. Third party requester | 621 | 58% |

7. Overall reexamination pendency (Filing date to certificate issue date)........................

|  |  |
|---|---|
| a. Average pendency | 22.3 (mos.) |
| b. Median pendency | 15.9 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 22% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 44% | 1% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*.................................... 12874
    a. By patent owner    3833   30%
    b. by other member of the public    8874   69%
    c. By order of Commissioner    167   1%

2. Number of Filings by dicipline
    a. Chemical Operation    3435   27%
    b. Electrical Operation    5001   39%
    c. Mechanical Operation    4234   33%
    d. Design Patents    204   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.................................... 4167   32%

5. Decisions on requests.................................... 12016
    a. No. granted    11013   92%
        (1) By examiner    10891
        (2) By Director (on petition)    122
    b. No. denied    1003   8%
        (1) By examiner    968
        (2) Reexam vacated    35

6. Total examiner denials (includes denials reversed by Director).................................... 1067
    a. Patent owner requester    498   47%
    b. Third party requester    606   57%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency    27.8 (mos.)
    b. Median pendency    20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 8% | 0% | 11% |
| c. Claims changed | 21% | 40% | 1% | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ...................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.....................................  12569
      a. By patent owner  3872  31%
      b. by other member of the public  8532  68%
      c. By order of Commissioner  165  1%

2. Number a. Chemical Operation  3373  27%
      b. Electrical Operation  4831  38%
      c. Mechanical Operation  4178  33%
      d. Design Patents  187  1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation...............................................................  3994  32%

5. Decisions on requests................................................................................  11737
      a. No. granted..................................................................................  10755  92%
          (1) By examiner  10762
          (2) By Director (on petition)  122
      b. No. denied..................................................................................  982  8%
          (1) By examiner  961
          (2) Reexam vacated  35
6. Total examiner denials (includes denials reversed by Director)....................................  1078
      a. Patent owner requester  496  46%
      b. Third party requester  582  54%

7. Overall reexamination pendency (Filing date to certificate issue date)
      a. Average pendency  27.9  (mos.)
      b. Median pendency  20.5  (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………  9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
| a. All claims confirmed | 669 | 21% |
| b. All calims cancled | 280 | 9% |
| c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
| a. All claims confirmed | 1348 | 22% |
| b. All calims cancled | 745 | 12% |
| c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 38 | 23% |
| c. Claims changed | 108 | 66% |



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

_Ex Parte_ Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81....................................11782[1]

   a.  By patent owner                              3801           33%
   b.  By other member of public                    7815           66%
   c.  By order of Commissioner                     166            1%

2.   Number of filings by discipline

   a.  Chemical Operation                           3211           27%
   b.  Electrical Operation                         4405           37%
   c.  Mechanical Operation                         3987           34%
   d.  Design Patents                               179            2%

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |  |  |

4.   Number known to be in litigation..............…………..…….……...................  .3894…………….33%

5.   Decisions on requests…………………………………………………………………...11262

   a.  No. granted…………………………………………………… 10333…………...92%

      (1)  By examiner                              10213
      (2)  By Director (on petition)                120

   b.  No. denied …………………………………………………………929…………....8%

      (1)  By examiner                              894
      (2)  Reexam vacated                           35

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)…………........................1014

    a.  Patent owner requester    476    47%
    b.  Third party requester    538    53%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency    25.6 (mos.)
    b.  Median pendency    19.9 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.  Certificates with all claims confirmed    1943    23%
    b.  Certificates with all claims canceled    974    11%
    c.  Certificates with claims changes    5661    66%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………3040

        (1)  All claims confirmed    651    21%
        (2)  All claims canceled    264    9%
        (3)  Claim changes    2125    70%

    b.  Certificates – 3rd PARTY REQUESTER …………………………………………5380

        (1)  All claims confirmed    1274    24%
        (2)  All claims canceled    674    12%
        (3)  Claim changes    3432    64%

    c.  Certificates – COMMISSIONER INITIATED REEXAM ……………..………....158

        (1)  All claims confirmed    18    11%
        (2)  All claims canceled    36    23%
        (3)  Claim changes    104    66%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2010

1.  Total requests filed since start of _ex parte_ reexam on 07/01/81 ................................. 11023[1]

|   | | | |
|---|---|---|---|
| a. | By patent owner | 3697 | 34% |
| b. | By other member of public | 7161 | 65% |
| c. | By order of Commissioner | 165 | 1% |

2.  Number of filings by discipline

|   | | | |
|---|---|---|---|
| a. | Chemical Operation | 3068 | 28% |
| b. | Electrical Operation | 4010 | 36% |
| c. | Mechanical Operation | 3771 | 34% |
| d. | Design Patents | 174 | 2% |

3.  Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation ………...….…….................. .3568 ……………32%

5.  Decisions on requests …………………………………………………………..10495

   a.  No. granted ……………………………………………… …9648 …………....92%

   |   | | |
   |---|---|---|
   | (1) | By examiner | 9534 |
   | (2) | By Director (on petition) | 114 |

   b.  No. denied ………………………………………………………847 …………......8%

   |   | | |
   |---|---|---|
   | (1) | By examiner | 812 |
   | (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.    Total examiner denials (includes denials reversed by Director)…………........................926

    a.    Patent owner requester                                   451     49%
    b.    Third party requester                                      475     51%

7.    Overall reexamination pendency (Filing date to certificate issue date)

    a.    Average pendency                                 25.5 (mos.)
    b.    Median pendency                                 20.0 (mos.)

8.    Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.    Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a.    Certificates with all claims confirmed              1817     23%
    b.    Certificates with all claims canceled               893     12%
    c.    Certificates with claims changes                 5072     65%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.    Certificates – PATENT OWNER REQUESTER …………………………………..2947

        (1)  All claims confirmed                      638     22%
        (2)  All claims canceled                      251     8%
        (3)  Claim changes                         2058     70%

    b.    Certificates – 3rd PARTY REQUESTER …………………………………………..4681

        (1)  All claims confirmed                    1161     25%
        (2)  All claims canceled                    607     13%
        (3)  Claim changes                      2913     62%

    c.    Certificates – COMMISSIONER INITIATED REEXAM ………….………….....154

        (1)  All claims confirmed                      18     12%
        (2)  All claims canceled                    35     23%
        (3)  Claim changes                      101     65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.  Total requests filed since start of _ex parte_ reexam on 07/01/81................................. 10243[1]

| | | |
|---|---:|---:|
| a.  By patent owner | 3634 | 35% |
| b.  By other member of public | 6444 | 63% |
| c.  By order of Commissioner | 165 | 2% |

2.  Number of filings by discipline

| | | |
|---|---:|---:|
| a.  Chemical Operation | 2931 | 29% |
| b.  Electrical Operation | 3596 | 35% |
| c.  Mechanical Operation | 3554 | 34% |
| d.  Design Patents | 162 | 2% |

3.  Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...…….……................... .3221……………31%

5.  Decisions on requests……………………………………………………………………...9833

a.  No. granted…………………………………………………… …9041…………....92%

| | |
|---|---:|
| (1)  By examiner | 8928 |
| (2)  By Director (on petition) | 113 |

b.  No. denied ………………………………………………………792…………….....8%

| | |
|---|---:|
| (1)  By examiner | 757 |
| (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)…………........................870

    a.  Patent owner requester                                               445        51%
    b.  Third party requester                                                425        49%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                        25.2 (mos.)
    b.  Median pendency                                          19.7 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a.  Certificates with all claims confirmed                 1725     25%
    b.  Certificates with all claims canceled                 807     11%
    c.  Certificates with claims changes                     4557     64%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………2827

        (1)  All claims confirmed                   625     22%
        (2)  All claims canceled                  233     8%
        (3)  Claim changes                     1969     70%

    b.  Certificates – 3rd PARTY REQUESTER …………………………………………4111

        (1)  All claims confirmed                1082     26%
        (2)  All claims canceled                 540     13%
        (3)  Claim changes                 2489     61%

    c.  Certificates – COMMISSIONER INITIATED REEXAM ……………..………....151

        (1)  All claims confirmed                   18     12%
        (2)  All claims canceled                  34     23%
        (3)  Claim changes                    99     65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2008

1.  Total requests filed since start of _ex partes_ reexam on 07/01/81 ................................. 9585[1]

    a.  By patent owner                              3567        37%
    b.  By other member of public                5853        61%
    c.  By order of Commissioner                 165        2%

2.  Number of filings by discipline

    a.  Chemical Operation                       2811        29%
    b.  Electrical Operation                     3261        34%
    c.  Mechanical Operation                   3357        35%
    d.  Design Patents                            156        2%

3.  Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation..............…….……............... .2849………....…30%

5.  Decisions on requests…………………………………………………………………...9219

    a.  No. granted…………………………………………………… …8467…………....92%

        (1)  By examiner                        8354
        (2)  By Director (on petition)          113

    b.  No. denied …………………………………………………752…………....…8%

        (1)  By examiner                        717
        (2)  Reexam vacated                35

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reserved by Director)…………........................830

    a.  Patent owner requester                             441         53%
    b.  Third party requester                               389         47%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average  pendency                          24.5 (mos.)
    b.  Median pendency                            19.0 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 28% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 21% | 11% |
| c. | Claims changes | 70% | 59% | 67% | 64% |

9.  Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1624 | 25% |
| b. | Certificates with all claims canceled | 721 | 11% |
| c. | Certificates with claims changes | 4112 | 64% |

10.  Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………...2722

| | | |
|---|---|---|
| (1)  All claims confirmed | 611 | 22% |
| (2)  All claims canceled | 214 | 8% |
| (3)  Claim changes | 1897 | 70% |

    b.  Certificates – 3rd PARTY REQUESTER ……………………………………………3588

| | | |
|---|---|---|
| (1)  All claims confirmed | 995 | 28% |
| (2)  All claims canceled | 476 | 13% |
| (3)  Claim changes | 2117 | 59% |

    c.  Certificates – COMM'R INITIATED REEXAM …………………….………….....147

| | | |
|---|---|---|
| (1)  All claims confirmed | 18 | 12% |
| (2)  All claims canceled | 31 | 21% |
| (3)  Claim changes | 98 | 67% |