# EXHIBIT 6

# BardyDx® Carnation Ambulatory Monitor (CAM®) Specifications

## ELECTRODE CHARACTERISTICS

| ITEM | SPECIFICATION |
|---|---|
| Number of electrodes | 2 |
| Type | Electrode incorporating electrode gel and internal lead wire |
| Supplied as | Disposable, non-sterile |
| Lead wire length | 11.6 cm (no patient contact) |
| Materials | Electrode gel: Medical grade conductive synthetic<br>Adhesive: Medical grade skin adhesive |

## ENVIRONMENTAL SPECIFICATIONS (ECG DEVICE)

| ITEM | SPECIFICATION |
|---|---|
| Operating temperature | 50°F to 113°F (10ºC to 45ºC) |
| Operating altitude | 700 to 1060 hPa |
| Operating humidity | 10% to 95% (non-condensing) |
| Transport temperature | 14°F to 130°F (-10 ºC to 55 ºC) |
| Storage temperature | 59°F to 77°F (15ºC to 25ºC) |
| Transport/Storage humidity | 10% to 95% (non-condensing) |
| Transport/ Storage altitude | 500 to 1060 hPa |
| Standards compliance | Applicable sections of IEC 60601-1, 60601-1-2, 60601-1-11, 60601-2-47 |

## PERFORMANCE CHARACTERISTICS

| ITEM | SPECIFICATION | | |
|---|---|---|---|
| Recording capacity | 48 hours | 7 days | 14 days |
| Recording capacity | 48 hours | 7 days | 14 days |
| ECG Channels | 1 channel | 1 channel | 1 channel |
| Recording format | Continuous | Continuous | Continuous |
| Service life | 48 hours | 7 days | 14 days |
| Shelf life | 2 years | 2 years | 2 years |

## PHYSICAL CHARACTERISTICS

| ITEM | SPECIFICATION |
|---|---|
| Approximate Dimensions | 178mm x 38mm x 14mm |
| Weight | 16g |
| Enclosure material | ABS |

## ELECTRICAL CHARACTERISTICS

| ITEM | SPECIFICATION |
|---|---|
| Frequency response | 0.67 Hz to 25 Hz |
| Differential range | 4 mV |
| A/D sampling rate | 171 Hz |

## POWER REQUIREMENTS

| | |
|---|---|
| Battery type | Lithium primary (coin cell) |

## CLASSIFICATION

| | |
|---|---|
| Type of protection | Internally powered |
| Degree of protection | Type BF applied part |
| Protection against objects and water ingress | IP23 (Protected against intrusion from fingers and small objects, and from water falling as a spray at an angle of up to 60º from vertical) |



Bardy Diagnostics, Inc.®
DN000697B 7/23