# EXHIBIT 9

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor(s): Jason Felix et al.<br><br>Serial No.: 17/119,945<br><br>Patent No. 11,051,743<br><br>Filed: December 11, 2020<br><br>Title: Electrocardiography Patch<br><br>Attorney Docket No.: 127.2029.US.CON | Group Art Unit: 3792<br><br>Examiner: Manuel, George C. |

5                 **STATUTORY DISCLAIMER**
           **UNDER 35 U.S.C. 253(a) and 37 C.F.R. § 1.321(a)**

Commissioner for Patents
P.O. Box 1450
10   Alexandria, VA 22313-1450

Commissioner:

Bardy Diagnostics, Inc. is the assignee and has complete ownership of U.S. Patent No. 11,051,743, as evidenced by the assignment recorded at reel/frame
15   033701/0738.

Bardy Diagnostics, Inc., through its attorney of record, hereby disclaims Claims 1-10 in U.S. Patent No. 11,051,743 (the "'743 patent"). For the avoidance of doubt, Claims 11-20 remain standing in the '743 patent.

20

The required fee, as set forth in 37 C.F.R. § 1.20(d), is submitted herewith.
In accordance with 37 C.F.R. § 1.321(a), Patentee respectfully requests that this disclaimer be duly recorded.

Statutory Disclaimer                   - 1 -

**Bardy Ex. 2003**

Page 1 of 2

Vital Connect v. Bardy Diagnostics

IPR2023-00381

Respectfully submitted,

Dated:  April 21, 2023

5

By: /Krista A. Wittman/

Krista A. Wittman, Esq.
Reg. No. 59,594

Cascadia Intellectual Property
P.O. Box 3029
Lynnwood WA 98046

Telephone: (206) 381-3900
Facsimile: (206) 381-3999

Statutory Disclaimer                    - 2 -