# EXHIBIT 16

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

| AnClaim | Accused Product |
|---|---|
| [1.pre] An electronic device for long-term adhesion to a user, the device comprising: | To the extent the preamble is limiting, the Bardy CAM Patch product comprises an electronic device for long-term adhesion to a user, the device comprising.<br><br>The Bardy CAM Patch product comprises an electronic device that is adhered to a user.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for- |

1

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | Use.pdf)  

**Baxter**

# CAM Patch

The CAM Patch is a long-term ambulatory ECG monitor that has been clinically proven to identify arrhythmias. It is engineered to optimize p-wave signal capture, which enables differentiation between different types of atrial, as well as ventricular, arrhythmias[1,2]. The CAM's simple design allows for ease of application and its clinical portal helps streamline clinician workflow.

Learn more about the CAM Patch solution.

**Request More Information ›**

(https://www.hillrom.com/en/products/cam-patch/; *see also* https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

The Bardy CAM Patch comprises long-term adhesion, for example, for the service life of the Patch of "[u]p to 2, 7, or 14 days." |

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | ## Technical Specifications    13<br><br>**TECHNICAL SPECIFICATIONS**<br><br>**ITEM**     **SPECIFICATION**<br><br>**Performance Characteristics**<br><br>ECG channels    1 channel<br>Recording capacity    Up to 2, 7, or 14 days<br>Recording format    Continuous<br>Service life    Up to 2, 7, or 14 days<br>Shelf life    24 months<br><br>(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf) |
| [1.a] a housing comprising a physiological data collection circuit, | The Bardy CAM Patch product comprises a housing comprising a physiological data collection circuit.<br><br>For example, the Bardy CAM Patch product includes a physiological data collection circuit.  A circuit in the Bardy CAM Patch collects physiological data, such as cardiac P-wave signals. |

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

4

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

|  | (https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)<br><br>The Bardy CAM Patch product includes a housing that comprises a physiologic data collection circuit.<br><br><br><br>(https://youtu.be/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126) |
|---|---|
| [1.b] the housing positioned over a flexible layer extending from beneath the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing, | The Bardy CAM Patch product comprises the housing positioned over a flexible layer extending from beneath the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing,<br><br>For example, the Bardy CAM Patch product includes a housing positioned over a flexible layer extending from beneath the housing. |

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**



([https://youtu.be/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126](https://youtu.be/RPcdb-volpc?si=meNXw98UDtIgwqp1&t=126)).

For example, the Bardy CAM Patch product includes a flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing.

8

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/)

(https://www.bardydx.com/wp-content/uploads/2025/01/DN000697B-BDx_CAM_SpecSheet.pdf)

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| [1.c] wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection; | The Bardy CAM Patch product comprises wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection.<br><br>For example, the Bardy CAM Patch includes a flexible layer comprising a polymer upper layer overlying an electrical connection.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**



For example, the Bardy CAM Patch includes the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device.

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/)



For example, the Bardy CAM Patch includes a polymer upper layer adhered to a polymer lower layer underlying the electrical connection.

13

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**

| | |
|---|---|
| |  |
| [1.d] a connecting adhesive layer positioned under the polymer upper layer, the connecting adhesive layer adhering the polymer upper layer to the polymer lower layer; and | The Bardy CAM Patch product comprises a connecting adhesive layer positioned under the polymer upper layer, the connecting adhesive layer adhering the polymer upper layer to the polymer lower layer; and.<br><br>For example, the Bardy CAM Patch product comprises a connecting adhesive layer. The Bardy CAM Patch product includes a polymer upper layer that is adhered to a polymer lower layer via a connecting adhesive layer located under the polymer upper layer.<br><br> |
| [1.e] a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user. | The Bardy CAM product comprises a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user.<br><br>For example, the Bardy CAM Patch product comprises a lower adhesive layer positioned on the flexible |

15

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | layer and configured to adhere the electronic device to a user.  (https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf) |

16

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**

## Instructions For Use    4

**APPLY THE CAM**
**Step 6**
Locate the bone at the bottom of the sternum. This is the xiphoid process.




xiphoid process

Bottom of CAM over xiphoid process

Apply the CAM to the patient's sternum with the bottom electrode of the patch sitting over the xiphoid process. Press along the entire edge of the patch for 2 minutes and rub firmly around the edges of the patch for 1 minute to ensure adhesion. Place two fingers below the event button and press down firmly to adhere the top of the CAM to the patient's chest.

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/; *see also* https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)



**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



Lower adhesive layer

| | |
|---|---|
| [4] The electronic device of claim 1, wherein the housing is configured to remain connected to the flexible layer when the housing is tilted at an angle relative the lower adhesive layer in response to movement of the user. | The Bardy CAM product comprises the electronic device of claim 1, wherein the housing is configured to remain connected to the flexible layer when the housing is tilted at an angle relative the lower adhesive layer in response to movement of the user.<br><br>For example, the Bardy CAM Patch product comprises the electronic device of claim 1, as explained above.<br><br>For example, the Bardy CAM Patch product comprises a housing configured to remain connected to the flexible layer when the housing is tilted at an angle relative the lower adhesive layer in response to movement of the user. |

**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888**
**By the Bardy CAM Patch Product**



**Infringement of Allowed Claims of U.S. Patent App. No. 18/936,888
By the Bardy CAM Patch Product**







([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))