# EXHIBIT 19

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| Claim 1 | Accused Product |
|---|---|
| [1.pre] An electronic device for long-term adhesion to a user, the device comprising: | To the extent the preamble is limiting, the Bardy CAM Patch product comprises an electronic device for long-term adhesion to a user, the device comprising.<br><br>The Bardy CAM Patch comprises an electronic device adhered to a user.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf) |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

2

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

## Instructions For Use | 2

### PREPARE THE SKIN

⚠️ **CAUTION:** Proper skin prep required to achieve full length of prescribed monitoring duration.



### Step 1
Remove all hair over sternal area by shaving close to the skin. Do not merely clip hair. The prepared area should extend 2 inches past where the CAM will be placed.

### Step 2
Use all prep pads provided in the box to clean area shown. SCRUB the skin with the prep pads until they appear clean after use. Skin should be scrubbed well enough to be slightly reddened. Allow the skin to dry for 2 minutes prior to applying.

prep pads



### PREPARE THE CAM
### Step 3
On a flat, hard surface insert the narrow end of the Recorder into the Battrode first with the event button facing up, and then push the Recorder down firmly.

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

## Instructions For Use | 4

### APPLY THE CAM
#### Step 6
Locate the bone at the bottom of the sternum. This is the xiphoid process.

 

xiphoid process

Bottom of CAM over xiphoid process

Apply the CAM to the patient's sternum with the bottom electrode of the patch sitting over the xiphoid process. Press along the entire edge of the patch for 2 minutes and rub firmly around the edges of the patch for 1 minute to ensure adhesion. Place two fingers below the event button and press down firmly to adhere the top of the CAM to the patient's chest.

### RECORD SYMPTOMS
#### Step 7
Instruct patients to gently press the button only once each time they feel symptoms, and record the date/time in the Patient Diary (included). Do not press button repeatedly or forcefully.



(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/;  *see  also*  https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

The Bardy CAM Patch comprises long-term adhesion for the service life of the Patch "Up to 2, 7, or 14 days"

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

## Technical Specifications   13

### TECHNICAL SPECIFICATIONS

| ITEM | SPECIFICATION |
|------|---------------|
| **Performance Characteristics** | |
| ECG channels | 1 channel |
| Recording capacity | Up to 2, 7, or 14 days |
| Recording format | Continuous |
| Service life | Up to 2, 7, or 14 days |
| Shelf life | 24 months |

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | (https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |
| [1.a] a housing comprising a physiologic data collection circuit, | The Bardy CAM Patch product comprises a housing comprising a physiologic data collection circuit.<br><br>For example, the Bardy CAM Patch product includes a physiological data collection circuit. A circuit in the Bardy CAM Patch collects physiological data, such as cardiac P-wave signals. |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | ([https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf](https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf))<br><br>Bardy CAM Patch product comprises a housing comprising a physiologic data collection circuit.<br><br><br><br>([https://www.youtube.com/watch?v=RPcdb-volpc&t=123s](https://www.youtube.com/watch?v=RPcdb-volpc&t=123s)) |
| [1.b] an electrode-supporting section comprising a first substrate layer, a second substrate layer, and a lower adhesive layer positioned on a bottom surface, the lower adhesive layer providing adhesion to the skin of the user; | The Bardy CAM Patch product comprises an electrode-supporting section comprising a first substrate layer, a second substrate layer, and a lower adhesive layer positioned on a bottom surface, the lower adhesive layer providing adhesion to the skin of the user.<br><br>For example, the Bardy CAM Patch product comprises an electrode-supporting section comprising a first substrate layer, a second substrate layer, and a lower adhesive layer positioned on a bottom surface. |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.youtube.com/watch?v=RPcdb-volpc&t=123s)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/)

(https://www.bardydx.com/wp-content/uploads/2025/01/DN000697B-BDx_CAM_SpecSheet.pdf)

12

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| | The lower adhesive layer of the Bardy CAM Patch product provides adhesion to the skin of the user.<br><br><br><br>([https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf](https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)) |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

## Instructions For Use    4

**APPLY THE CAM**
**Step 6**
Locate the bone at the bottom of the sternum. This is the xiphoid process.

 

Apply the CAM to the patient's sternum with the bottom electrode of the patch sitting over the xiphoid process. Press along the entire edge of the patch for 2 minutes and rub firmly around the edges of the patch for 1 minute to ensure adhesion. Place two fingers below the event button and press down firmly to adhere the top of the CAM to the patient's chest.

(https://www.bardydx.com/wp-content/uploads/2023/06/DWG000781B-CAM-Instructions-for-Use.pdf)

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/; *see also* https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf)

| [1.c] an electrode posi- | The Bardy CAM Patch product comprises an electrode positioned on the bottom surface of the electrode- |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| tioned on the bottom surface of the electrode-supporting section, the electrode electrically connected to the physiologic data collection circuit; and | supporting section, the electrode electrically connected to the physiological data collection circuit.<br><br>For example, the Bardy CAM Patch comprises an electrode positioned on the bottom surface of the electrode-supporting section.  The Bardy CAM Patch includes the electrode electrically connected to the physiological data collection circuit.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



(https://www.hillrom.com/en/products/cam-patch/)

| | |
|---|---|
| [1.d] wherein the first substrate layer is positioned over the electrode | The Bardy CAM Patch product comprises wherein the first substrate layer is positioned over the electrode and extends horizontally away from the housing beyond a boundary of the electrode. |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| | |
|---|---|
| and extends horizontally away from the housing beyond a boundary of the electrode; and | For example, the Bardy CAM Patch includes a first substrate layer positioned over the electrode.<br><br><br><br>(https://www.bardydx.com/wp-content/uploads/2022/12/DN000601A-14Day-Half-fold-CAM-Brochure.pdf) |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**



([https://www.youtube.com/watch?v=RPcdb-volpc&t=123s](https://www.youtube.com/watch?v=RPcdb-volpc&t=123s))

For example, the Bardy CAM Patch includes a first substrate layer that extends horizontally away from the housing beyond a boundary of the electrode.



**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

| [1.f] wherein the second substrate layer is positioned over the first substrate layer and extends horizontally beyond a boundary of the first substrate layer. | The Bardy CAM product comprises wherein the second substrate layer is positioned over the first substrate layer and extends horizontally beyond a boundary of the first substrate layer. The Bardy CAM Patch product includes the second substrate layer is positioned over the first substrate layer as it extends horizontally beyond a boundary of the first substrate layer.  (https://www.youtube.com/watch?v=RPcdb-volpc&t=123s) |
| --- | --- |

**Infringement of U.S. Patent No. 12,303,277**
**By the Bardy CAM Patch Product**

