# EXHIBIT 22

████████████████████████

**Infringement Claim Chart for U.S. Patent No. 12,402,819**

| Claim 1 | Accused Product |
|---|---|
| [1.pre] A wearable cardiac signal monitoring device, comprising: | **To the extent the preamble is limiting, the Bardy CAM Patch product comprises a wearable cardiac signal monitoring device.**<br><br>The Bardy CAM Patch product comprises a wearable cardiac signal monitoring device.<br><br> |

| Claim 1 | Accused Product |
|---|---|
|  | (IRHY_BD00031444)<br><br><br><br>(IRHY_BD00031445) |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031444)<br> |

| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031444)<br><br><br><br>(IRHY_BD00031453; *see also* IRHY_BD00031439) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
|  |  (IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

██████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ███████████████ |



| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031441) |
| [1.a.i] a first removable component configured to monitor and create a record of a cardiac rhythm signal, the first removable component including electronic components comprising a processor , a first printed circuit board, a physical event trigger, and an LED, contained within a first rigid housing, | **The Bardy CAM Patch product comprises a first removable component configured to monitor and create a record of a cardiac rhythm signal, the first removable component including electronic components comprising a processor , a first printed circuit board, a physical event trigger, and an LED, contained within a first rigid housing.**<br><br>For example, the Bardy CAM Patch product comprises a first removable component that is configured to monitor and create a record of a cardiac rhythm signal, including, but not limited to, "heart rhythm," "heart rate," and "P-Wave signal capture." |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031449) |

| Claim 1 | Accused Product |
|---|---|
| | |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031450) |

| Claim 1 | Accused Product |
|---|---|
|  |  |



██████████████████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ████████████<br><br>████████████████████████████████████████████████████<br><br>████████████<br><br>PERFORMANCE CHARACTERISTICS<br>ITEM · SPECIFICATION<br><br>Recording capacity · 48 hours · 7 days · 14 days<br>Recording capacity · 48 hours · 7 days · 14 days<br>ECG Channels · 1 channel · 1 channel · 1 channel<br>Recording format · Continuous · Continuous · Continuous<br>Service life · 48 hours · 7 days · 14 days<br>Shelf life · 2 years · 2 years · 2 years<br><br>(IRHY_BD00031443) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |



| Claim 1 | Accused Product |
|---|---|
|  | (IRHY_BD00031441) |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |

███████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ███████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---|---|
|  | ███████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

██████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ████████████████ |



| Claim 1 | Accused Product |
|---|---|
| | |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |
|  | In addition, the Bardy CAM Patch product comprises a first removable component that includes electronic components within a first rigid housing, which Bardy calls a "Recorder." The first rigid housing, i.e., "Recorder," comprises of electronic components including a processor, a first printed circuit board (which may be mapped to Bardy's "PCBA" and/or "Proprietary circuit"), a physical event trigger, and an LED. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
|  | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

███████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ███████████████ |



███████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ████████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| | <br><br>(IRHY_BD00031447) |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| | |
| [1.a.ii] wherein the first removable component is configured to be connected, physically and electrically, to other device components, wherein the first removable component is configured to be removed from the wearable cardiac signal monitoring device and sent for data processing after a particular time period for cardiac rhythm signal monitoring is over, | **The Bardy CAM Patch product comprises wherein the first removable component is configured to be connected, physically and electrically, to other device components, wherein the first removable component is configured to be removed from the wearable cardiac signal monitoring device and sent for data processing after a particular time period for cardiac rhythm signal monitoring is over.**<br><br>For example, the Bardy CAM Patch product comprises a first removable component, including Bardy's "Recorder," that is configured to be connected, physically and electrically, to other device components. In addition, the Bardy CAM Patch product comprises a first removable component, including Bardy's "Recorder," that is configured to be removed from the wearable cardiac signal monitoring device and sent for data processing after a particular time period for cardiac rhythm signal monitoring is over.<br><br><br><br>(IRHY_BD00031449) |





████████████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|  | ██████████████ |





| Claim 1 | Accused Product |
|---------|-----------------|

PERFORMANCE CHARACTERISTICS

| ITEM | SPECIFICATION | | |
|------|------|------|------|
| Recording capacity | 48 hours | 7 days | 14 days |
| Recording capacity | 48 hours | 7 days | 14 days |
| ECG Channels | 1 channel | 1 channel | 1 channel |
| Recording format | Continuous | Continuous | Continuous |
| Service life | 48 hours | 7 days | 14 days |
| Shelf life | 2 years | 2 years | 2 years |

(IRHY_BD00031443)

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |



| Claim 1 | Accused Product |
|---|---|
|  | (IRHY_BD00031441)<br><br><br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |

███████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ███████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

███████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ███████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

██████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|  | ███████████████ |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |
| [1.a.iii] wherein the physical event trigger comprises a button and is configured to permit a patient to physically interact with the physical event trigger to mark the | **The Bardy CAM Patch product comprises wherein the physical event trigger comprises a button and is configured to permit a patient to physically interact with the physical event trigger to mark the record when a patient perceives a cardiac event.**<br><br>For example, the Bardy CAM Patch product comprises a physical event trigger that includes a button, which Bardy calls an "Event button." |

| Claim 1 | Accused Product |
|---|---|
| record when a patient perceives a cardiac event, | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>The Bardy CAM Patch product also comprises a physical event trigger that is configured to permit a patient to physically interact with the physical event trigger to mark the record when a patient perceives a cardiac event. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |



| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.a.iv] wherein the physical event trigger is mechanically supported by a portion of the first removable component, and wherein a portion of the first removable component | **The Bardy CAM Patch product comprises wherein the physical event trigger is mechanically supported by a portion of the first removable component, and wherein a portion of the first removable component is substantially rigid to prevent deflections of the electronic components and the introduction of noise or artifacts into the recorded cardiac rhythm signal.**<br><br>For example, the Bardy CAM Patch product comprises a physical event trigger that is mechanically supported by a portion of the first removable component, including the "Recorder." |

| Claim 1 | Accused Product |
|---|---|
| is substantially rigid to prevent deflections of the electronic components and the introduction of noise or artifacts into the recorded cardiac rhythm signal; | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

██████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ████████████ |



███████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ████████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         | In addition to the above examples, the Bardy CAM Patch product comprises a portion of the first removable component that is substantially rigid to prevent deflections of the electronic components and the introduction of noise or artifacts into the recorded cardiac rhythm signal. |

| Claim 1 | Accused Product | |
|---|---|---|
| |  | |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  (IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

███████████████████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ███████████████ |



| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.b] a second rigid housing that contains a second printed circuit board and a battery; | **The Bardy CAM Patch product comprises a second rigid housing that contains a second printed circuit board and a battery.**<br><br>For example, the Bardy CAM Patch product comprises a second rigid housing, which is part of Bardy's "Battrode," that contains a second printed circuit board (which may be mapped to Bardy's "PCBA," "Flex Circuit," and/or "Integrated Flex Circuit") and a battery. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.c.i] a flexible body comprising multiple layers, including a flexible polymer layer, wherein the | **The Bardy CAM Patch product comprises a flexible body comprising multiple layers, including a flexible polymer layer, wherein the flexible body includes a flexible electrode trace, borders of the flexible body have rounded edges.** |

| Claim 1 | Accused Product |
|---|---|
| flexible body includes a flexible electrode trace, borders of the flexible body have rounded edges, | For example, the Bardy CAM Patch product comprises a flexible body comprising multiple layers, including, but not limited to, a flexible polymer layer.  As shown below, the images identify at least two layers of the flexible body to meet this limitation, but this is not intended to limit the scope of the flexible body to only two layers.<br><br><br><br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
|  | <br><br>(IRHY_BD00031440)<br><br>In addition to the above examples, the Bardy CAM Patch product comprises a flexible body that includes a flexible electrode trace, and the flexible body has borders that have rounded edges. |

| Claim 1 | Accused Product |
|---|---|
|  | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031450) |



███████████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ████████████████ |
| [1.c.ii] the flexible body is joined to the second rigid housing, and the flexible body is configured to flex at an area where it is joined to the second rigid housing, such that a portion of the second rigid housing may lift away from the flexible body, | **The Bardy CAM Patch product comprises the flexible body is joined to the second rigid housing, and the flexible body is configured to flex at an area where it is joined to the second rigid housing, such that a portion of the second rigid housing may lift away from the flexible body.**<br><br>For example, as shown in the above images, the Bardy CAM Patch product comprises a flexible body that is joined to the second rigid housing, which is part of Bardy's "Battrode." |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  | <br><br>(IRHY_BD00031461; IRHY_BD00031469) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |
| | In addition to the images above, the Bardy CAM Patch product comprises a flexible body that is configured to flex at an area where it is joined to the second rigid housing, part of Bardy's "Battrode," such that a portion of the second rigid housing may lift away from the flexible body. |

| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031464) |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031439)<br><br><br><br>( |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.c.iii] wherein at least one layer of the flexible body extends beyond at least one | **The Bardy CAM Patch product comprises wherein at least one layer of the flexible body extends beyond at least one other layer of the flexible body creating an edge to the flexible body that is thinner than an inner portion of the flexible body.** |

| Claim 1 | Accused Product |
|---|---|
| other layer of the flexible body creating an edge to the flexible body that is thinner than an inner portion of the flexible body; and | For example, the Bardy CAM Patch product comprises at least one layer of the flexible body that extends beyond at least one other layer of the flexible body creating an edge to the flexible body that is thinner than an inner portion of the flexible body. As shown in the images below, the "one layer" extends beyond the "other layer" creating an edge that is thinner than the inner portion of the flexible body. The "other layer" overlaps with the "one layer" in the inner portion of the flexible body.<br><br><br><br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031449) |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---|---|
|  |  |
| [1.d] two electrodes disposed on a bottom surface of the wearable | **The Bardy CAM Patch product comprises two electrodes disposed on a bottom surface of the wearable cardiac signal monitoring device, wherein the centers of the two electrodes are separated by at least 8.5 cm, and wherein the first rigid housing and the second rigid housing protects the** |

| Claim 1 | Accused Product |
|---|---|
| cardiac signal monitoring device, wherein the centers of the two electrodes are separated by at least 8.5 cm, and wherein the first rigid housing and the second rigid housing protects the components contained within them, and are made of a water resistant polymer. | **components contained within them, and are made of a water resistant polymer.**<br><br>For example, the Bardy CAM Patch product comprises two electrodes disposed on a bottom surface of the wearable cardiac signal monitoring device. The two electrodes are identified below.<br><br><br><br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031443) |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  The Bardy CAM Patch product also provides that the centers of the two electrodes are separated by at least 8.5cm.  For example, ████████████████████ the center of each of the electrodes are spaced by 12cm, which is well over 8.5cm even taking the +/- 10% into consideration. |



███████████████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ████████████████<br><br>As another non-limiting example below (*see* IRHY_BD00031443), the lead wire length between the two electrodes is measured at 11.6cm, which is more than 8.5cm.<br><br><br><br>(IRHY_BD00031443)<br><br>Moreover, ████████████████████████████████████████████ ████ the center of each electrode spans at a minimum from the 16cm marker to the 27cm marker. This equates to at least 11cm, which is greater than 8.5cm. ████████████████████ ███████████████████████ the length from the center of each electrode is more than 8.5cm, especially considering that the total length of the Battrode is 17.5cm. |



| Claim 1 | Accused Product |
|---------|-----------------|
|  |  <br><br> In addition to the above images, the Bardy CAM Patch product comprises a first rigid housing, i.e., "Recorder," and a second rigid housing, part of Bardy's "Battrode," protect the components contained within them, and they both include a water-resistant polymer such as hydroseal, hydrocolloid, and/or other water-resistant polymers. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
| --- | --- |
|  | <br>(IRHY_BD00031440) |



| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|  | <br><br>(IRHY_BD00031456 – IRHY_BD00031457) |