# EXHIBIT 23

▮▮▮▮▮▮▮▮▮▮▮▮▮

**Infringement Claim Chart for U.S. Patent No. 12,408,856**

| Claim 1 | Accused Product |
|---|---|
| [1.pre] A body-worn device configured to monitor cardiac rhythm data, the body-worn device comprising: | **To the extent the preamble is limiting, the Bardy CAM Patch product comprises a body-worn device configured to monitor cardiac rhythm data.**<br><br>The Bardy CAM Patch product comprises a body-worn device configured to monitor cardiac rhythm data, including, but not limited to, "heart rhythm," "heart rate," and "P-Wave signal capture."<br><br> |

| Claim 1 | Accused Product |
|---|---|
|  | (IRHY_BD00031444)<br><br><br><br>(IRHY_BD00031445) |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031444)<br> |

| Claim 1 | Accused Product |
|---|---|
| | (IRHY_BD00031444)<br><br><br><br>(IRHY_BD00031453; *see also* IRHY_BD00031439) |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---|---|
| |  |

███████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ████████████████ |



███████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ███████████████ |



| Claim 1 | Accused Product |
|---------|-----------------|
|         | (IRHY_BD00031441) |

| Claim 1 | Accused Product |
|---|---|
| |  |

███████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ██████████████  |

| Claim 1 | Accused Product |
|---|---|
| |  |

████████████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|  | ████████████████ |

| Claim 1 | Accused Product |
|---|---|
| |  |

██████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ████████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |



| Claim 1 | Accused Product |
|---------|-----------------|
|         |  |

| Claim 1 | Accused Product |
|---|---|
| | |
| [1.a] a housing formed from a polymer material, in which at least some substantially rigid electronic components are disposed, including a printed circuit board and a battery connected to the | **The Bardy CAM Patch product comprises a housing formed from a polymer material, in which at least some substantially rigid electronic components are disposed, including a printed circuit board and a battery connected to the printed circuit board.**<br><br>For example, the Bardy CAM Patch product comprises a housing, made up of Bardy's "Recorder" and "Battrode" components, formed from a polymer material. |

| Claim 1 | Accused Product |
|---|---|
| printed circuit board; |  |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031449) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| | <br><br>(IRHY_BD00031440)<br><br>Additionally, the Bardy CAM Patch product includes the housing, made up of the "Recorder" and Battrode" components, comprises at least some substantially rigid electronic components, including a printed circuit board (which may be mapped to Bardy's "PCBA," "Proprietary circuit," "Flex Circuit," |

| Claim 1 | Accused Product |
|---|---|
| | and/or "Integrated Flex Circuit") and a battery connected to the printed circuit board. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |

██████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
|         | ███████████████ |



███████████████████████████████████████████████████

| Claim 1 | Accused Product |
|---------|-----------------|
| | ██████████████████ |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.b.i] a flexible layer, wherein the flexible layer is adhered to the housing, the flexible layer is made of | **The Bardy CAM Patch product comprises a flexible layer, wherein the flexible layer is adhered to the housing, the flexible layer is made of material that is different from the polymer material of the housing.** |

| Claim 1 | Accused Product |
|---|---|
| material that is different from the polymer material of the housing, | For example, the Bardy CAM Patch product comprises a flexible layer that is adhered to the housing, including Bardy's "Recorder" and/or "Battrode," and the flexible layer is made of material that is different from the polymer material of the housing.<br><br><br><br>(IRHY_BD00031449) |

| Claim 1 | Accused Product |
|---|---|
| | <br><br>(IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| | <br><br>(IRHY_BD00031447) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  (IRHY_BD00031461; IRHY_BD00031469) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  | ████████████████████████████ |
| [1.b.ii] the flexible layer is more flexible than the housing, a portion of a skin contacting surface of the | **The Bardy CAM Patch product comprises the flexible layer is more flexible than the housing, a portion of a skin contacting surface of the flexible layer is configured to bend independently from the housing, allowing for a gap between the housing and the flexible layer to facilitate adherence of the flexible layer to a body of a patient accommodating different positions and movements of the** |

█████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| flexible layer is configured to bend independently from the housing, allowing for a gap between the housing and the flexible layer to facilitate adherence of the flexible layer to a body of a patient accommodating different positions and movements of the patient; | **patient.**<br><br>For example, the Bardy CAM Patch product comprises a flexible layer that is more flexible than the housing and a portion of a skin contacting surface of the flexible layer is configured to bend independently from the housing.  This allows for a gap between the housing and the flexible layer to facilitate adherence of the flexible layer to a patient's body by accommodating different positions and movements of the patient.<br><br>███████████████████████████<br><br>███████████ |

| Claim 1 | Accused Product |
|---|---|
|  |  (IRHY_BD00031464) |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
|  | (IRHY_BD00031439)  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |
| [1.c.i] a first electrode positioned on a bottom surface of the flexible layer | **The Bardy CAM Patch product comprises a first electrode positioned on a bottom surface of the flexible layer at a distance from the housing, wherein the first electrode is embedded in the flexible layer and is electrically connected via a flexible material to the printed circuit board, and at least a** |

| Claim 1 | Accused Product |
|---|---|
| at a distance from the housing, wherein the first electrode is embedded in the flexible layer and is electrically connected via a flexible material to the printed circuit board, and at least a portion of the electrical connection extends linearly between the first electrode and the printed circuit board, and | **portion of the electrical connection extends linearly between the first electrode and the printed circuit board.**<br><br>For example, the Bardy CAM Patch product comprises a first electrode positioned on a bottom surface of the flexible layer at a distance from the housing, which the first electrode is embedded in the flexible layer and is electrically connected via a flexible material to the printed circuit board (Bardy's "PCBA," "Flex Circuit," and/or "Integrated Flex Circuit").  Moreover, the Bardy CAM Patch product includes at least a portion of the electrical connection that extends linearly between the first electrode and the printed circuit board. |

| Claim 1 | Accused Product |
|---------|-----------------|
|  |  (IRHY_BD00031440) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |



| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
| |  |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.c.ii] the flexible layer comprises a first layer and a second layer, wherein the | **The Bardy CAM Patch product comprises the flexible layer comprises a first layer and a second layer, wherein the first layer is positioned over the first electrode and extends beyond a boundary of the first electrode, and wherein the second layer is positioned over the first layer and extends** |

| Claim 1 | Accused Product |
|---|---|
| first layer is positioned over the first electrode and extends beyond a boundary of the first electrode, and wherein the second layer is positioned over the first layer [and] extends horizontally beyond a boundary of the first layer; | **horizontally beyond a boundary of the first layer.**<br><br>For example, the Bardy CAM Patch product comprises a flexible layer that includes a first and second layer. The Bardy CAM Patch product also comprises the first layer is positioned over the first electrode and extends beyond a boundary of the first electrode, and the second layer is positioned over the first layer and extends horizontally beyond a boundary of the first layer. As shown below, the red boundary/arrow indicates the first layer (including its position over and extension beyond the first electrode), and the light blue boundary/arrow indicates the second layer (including its position over and horizontal extension beyond the first layer). |

| Claim 1 | Accused Product |
|---|---|
| |  (IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| |  |
| [1.d.i] a second electrode positioned on the bottom of the device, wherein the first | **The Bardy CAM Patch product comprises a second electrode positioned on the bottom of the device, wherein the first electrode and second electrode are more than 6 cm apart, the first electrode, the second electrode, the electrical connection, and the substantially rigid electronic** |

| Claim 1 | Accused Product |
|---|---|
| electrode and second electrode are more than 6 cm apart, the first electrode, the second electrode, the electrical connection, and the substantially rigid electronic components are centered in a line on the device, | **components are centered in a line on the device.**<br><br>For example, the Bardy CAM Patch product comprises a second electrode positioned on the bottom of the device. |



| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
| | The Bardy CAM Patch product also comprises a first electrode and second electrode that are more than 6cm apart from each other.  For example, █████████████████████████████ the electrodes are spaced by 12cm, which is well over 6cm. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |



█████████████████████████████████████████████████

| Claim 1 | Accused Product |
|---|---|
| | ███████████████ <br><br> As another non-limiting example below (*see* IRHY_BD00031443), the lead wire length between the two electrodes is measured at 11.6cm, which is more than 6cm apart. <br><br>  <br><br> (IRHY_BD00031443) <br><br> Moreover, ████████████████████████████████████████ ███ the center of each electrode spans at a minimum from the 16cm marker to the 27cm marker. This equates to at least 11cm, which is greater than 6cm. ██████████████████████████ ████████████████ the length from the center of each electrode is more than 6cm, especially considering that the total length of the Battrode is 17.5cm. |





| Claim 1 | Accused Product |
|---|---|
| | <br><br>In addition to the images above, the Bardy CAM Patch product comprises the first electrode, the second electrode, the electrical connection, and the substantially rigid electronic components are centered in a line on the device. |



| Claim 1 | Accused Product |
|---------|-----------------|
| | <br><br>(IRHY_BD00031470) |
| [1.d.ii] a portion of the electrical connection that extends linearly between the first electrode and a connection point at the printed circuit board [is] shorter than the distance between the first electrode and second electrode, and the substantially rigid electronic components occupy less than 80% of the distance between the first and second electrodes, thereby increasing the ability of the flexible layer to conform to the patient during movement of the | **The Bardy CAM Patch product comprises a portion of the electrical connection that extends linearly between the first electrode and a connection point at the printed circuit board is shorter than the distance between the first electrode and second electrode, and the substantially rigid electronic components occupy less than 80% of the distance between the first and second electrodes, thereby increasing the ability of the flexible layer to conform to the patient during movement of the patient.**<br><br>For example, the Bardy CAM Patch product comprises a portion of the electrical connection extending linearly between the first electrode and a connection point at the printed circuit board ("PCBA" and/or "Proprietary circuit") that is shorter than the distance between the first electrode and second electrode.  As shown below, the red bracket identifies the length of the electrical connection, which is shorter than the dotted yellow line representing the distance between the first and second electrode. |

patient; and



| Claim 1 | Accused Product |
|---|---|
| | <br>(IRHY_BD00031470) |

| Claim 1 | Accused Product |
|---|---|
| |  (IRHY_BD00031440)<br><br>Moreover, the Bardy CAM Patch product comprises substantially rigid electronic components that occupy less than 80% of the distance between the first and second electrodes, which increases the ability of the flexible layer to conform to the patient during movement of the patient.  As shown below, Bardy's "Recorder" contains substantially rigid electronic components, which occupy less than half of the distance between the first and second electrodes.  Thus, the substantially rigid electronic components occupy less than 80% of the distance between the first and second electrodes. |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         | <br>(IRHY_BD00031440) |



| Claim 1 | Accused Product |
|---------|-----------------|
| |  (IRHY_BD00031470) |
| [1.e] a removable release liner overlaps an electrode and an adhesive on a bottom surface of the flexible layer, the removable release liner configured to expose the electrode and the adhesive for connection to a skin of the patient when removed, and the removable release liner extending horizontally beyond a boundary of the flexible layer. | **The Bardy CAM Patch product comprises a removable release liner overlaps an electrode and an adhesive on a bottom surface of the flexible layer, the removable release liner configured to expose the electrode and the adhesive for connection to a skin of the patient when removed, and the removable release liner extending horizontally beyond a boundary of the flexible layer.** <br><br> For example, the Bardy CAM Patch product comprises a removable release liner that overlaps an electrode and an adhesive on a bottom surface of the flexible layer. The Bardy CAM Patch product also includes a removable release liner that is configured to expose the electrode and the adhesive for connection to a skin of the patient when removed, and the removable release liner extends horizontally beyond a boundary of the flexible layer. As shown below, the light blue arrows indicate the removable release liner, including its exposure of the electrode and adhesive for connecting to a patient's skin and its horizontal extension beyond a boundary of the flexible layer. |



| Claim 1 | Accused Product |
|---|---|
|  |  (IRHY_BD00031447) |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |

| Claim 1 | Accused Product |
|---|---|
|  |  |

| Claim 1 | Accused Product |
|---------|-----------------|
|         |                 |