# Exhibit E

| Claim 1 | Expert Decl. of Jason Heikenfeld | Reasons for Allowance |
|---|---|---|
| **1[pre].** An electronic device for long-term adhesion to a user, the device comprising: | "Matsumura discloses a body-worn physiological monitor." ¶181. | |
| **1[a].** a housing comprising a physiologic data collection circuit, the housing positioned over a flexible layer extending from beneath the housing, | "Matsumura teaches a 'signal processor 10' which 'incorporates *a processing circuit* for filtering and amplifying detected bioelectric potential signals.'" ¶501 (original emphasis). "Matsumura teaches that its 'bioelectrode pad' is preferably composed of sheets made from 'polyethylene foam, polyurethane foam, or polyurethane sheet,' which are all materials that a POSA would recognize as 'flexible.'" ¶465. | "[W]here everything is located on the overall electronic device." |
| **1[b].** the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing, | "In my opinion, a POSA would understand that the conductive gel 5 can detect 'bioelectric potentials' for transmission 'through the conductive material 2 and the hooks 3' because the conductive gel 5 is embedded in second sheet 4." ¶482. "[C]onductive gels 5 of Matsumura are ECG electrodes." ¶560. | "[W]here everything is located on the overall electronic device." |
| **1[c].** wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, | "Matsumura teaches that second sheet 4 and first sheet 1 are both made of 'an insulating material' such as 'polyethylene foam, polyurethane foam, or polyurethane sheet.' Matsumura also teaches that second sheet 4 and first sheet 1 are applied onto conductive material 2." ¶865. | "[F]lexible layer being made of two layers (upper and lower layers) [and] its composition (polymers)." |
| **1[d].** the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, | "In my opinion, a POSA would understand that where Matsumura's hooks contact the traces of the flexible printed circuit layer (inserted between the first and second sheets) constitutes a 'connection pad' Because it forms an electrical connection between the signal processor 10 and traces leading to the electrodes 5." ¶792. | "[W]here everything is located on the overall electronic device." |

1

| Claim 1 | Expert Decl. of Jason Heikenfeld | Reasons for Allowance |
|---|---|---|
| **1[e].** the polymer upper layer adhered to a polymer lower layer underlying the electrical connection; | "Thus, Matsumura's 'second sheet 4' therefore comprises an insulating layer covering the flexible printed circuit layer." ¶805. | "[F]lexible layer being made of two layers (upper and lower layers) [and] its composition (polymers)." |
| **1[f].** a connecting adhesive layer positioned under the polymer upper layer, the connecting adhesive layer adhering the polymer upper layer to the polymer lower layer; and | "The first sheet (1) is made out of an insulating material and has an adhesive applied to the back of the sheet." ¶¶184, 854.<br><br>¶852; *see also* claim 1[f] (charted below) | "[F]lexible layer being made of two layers (upper and lower layers) [and] its composition (polymers)." |
| **1[g].** a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user. | "Matsumura's bioelectrode pad 7 also includes second sheet 4, whose back surface is covered with an 'adhesive, such as acrylic adhesive.'" ¶1039. "Peeling off the release tape 8 exposes second sheet 4 (*i.e.*, the bottom of bioelectric pad 7), which allows the adhesive layer to adhere the bioelectric pad to the patient's skin." ¶481. | "[F]lexible layer being made of two layers (upper and lower layers) [and] its composition (polymers)." |