# Exhibit F

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
| **1[pre].** An electronic device for long-term adhesion to a user, the device comprising: | *Matsumura* discloses an electronic device for long-term adhesin to a user.<br><br>Specifically, *Matsumura* discloses "a bioelectric potential detector that can measure bioelectric potential (electrocardiograms)." Matsumura, Abstract. Further, "[t]he bioelectric potential detector 11 can be used as an electrocardiogram detector that is worn on the subject's chest to detect electrocardiogram signals." *Id.*, ¶24.<br><br>*Matsumura* explains that the "subject (patient) **wears the bioelectric potential detector 11 on his/her chest at all times** to detect electrocardiogram signals." *Id.*, ¶36. In this way, "the subject can take a shower or a bath 21 while wearing the waterproof bioelectric potential detector 11." *Id.*, ¶38.<br><br>*Matsumura* explains that an "adhesive, such as acrylic adhesive for example, is applied to the back surface of the second sheet 4." *Id.*, ¶18. Release sheet 8 is "peeled off" to expose the adhesive back surface of the second sheet 4, which is applied to directly to the patient's skin. *Id.*, ¶16; *see also id.* Figure 2 (below). |

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
|  | [FIGURE 2]<br><br>Matsumura, Fig. 2 (annotated yellow indicating release sheet 8, and blue indicating the adhesive back). |
| **1[a].** a housing comprising a physiologic data collection circuit, | *Matsumura* discloses a housing comprising a physiologic data collection circuit.<br><br>Specifically, *Matsumura* explains that "the housing of signal processor 10[,]" is "the part that transmits bioelectric potential from the bioelectrode pad 7 to the signal processor 10" contained within the housing. Matsumura, ¶27.<br><br>Figure 4 shows "housing 10c" (annotated in red below). *Id.*, Figure 4. |

2

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
| | [FIGURE 4 annotated image showing (a) a perspective view of signal processor with labels 10a, 10b, 10c, and (b) a cross-sectional view with labels 1, 2, 4, 3, 10a, 10b, 10c]<br><br>*Id.*, Figure 4 (annotated).<br><br>*Matsumura* discloses that "[t]he signal processor 10 incorporates a processing circuit for filtering and amplifying detected bioelectric potential signals, a memory for storing the processed bioelectric potential signal, a circuit for modulating the processed bioelectric potential signal and transmitting it wirelessly, and a loop antenna. Furthermore, the housing of the signal processor 10 is waterproof." Matsumura, ¶25. |
| **1[b].** the housing positioned over a flexible layer extending from beneath the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing, | *Matsumura* discloses the housing positioned over a flexible layer extending from beneath the housing, the flexible layer comprising an electrode positioned on the bottom of the flexible layer at a position distal from the housing.<br><br>As discussed above with respect to claim 1[a], *Matsumura* discloses that signal processor 10ch includes housing 10c. *See* cl. 1[a].<br><br>*Matsumura* further discloses a "bioelectrode pad 7 [] composed of a first sheet 1, a conductive material 2, a hook 3, a second sheet 4, a conductive gel 5, a third sheet 6, and double-sided adhesive tape 9." Matsumura, ¶16. |

3

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
|  | First sheet 1 and second sheet 4 "should be made of an insulating material that does not allow moisture to penetrate, for example, polyethylene foam, polyurethane foam, or polyurethane sheet." *Id.*, ¶¶17-18.  Insulating materials such as polyethylene foam, polyurethane foam, or polyurethane sheet are flexible materials.<br><br>"Between the first sheet 1 and the second sheet 4, two pieces of conductive material 2 and two hooks 3 are arranged to transmit the ***bioelectric potential detected by the conductive gel 5***, which is placed in the openings 4a of the second sheet 4." *Id.*, ¶19.  Accordingly, conductive gel 5 (annotated in purple) is an electrode.<br><br>*Id.*, Figure 1 (annotated red indicating housing, and purple indicating conductive gel). |

4

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
| | Accordingly, *Matsumura* discloses housing 10c (e.g., a housing) positioned over the bioelectrode pad (e.g., flexible layer), which extends from beneath the housing.  Further, *Matsumura* discloses electrode gel 5 (e.g., electrodes) that are positioned on the bottom of the bioelectrode pad and towards an outer edge of bioelectrode pad 7, not underneath the housing (e.g., at a position distal to the housing). |
| **1[c].** wherein the flexible layer comprises a polymer upper layer overlying an electrical connection, the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection; | *Matsumura* discloses a flexible layer comprising a polymer upper layer overlying an electrical connection, the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection.<br><br>**First**, *Matsumura* discloses a flexible layer comprising a polymer upper layer overlying an electrical connection. *Matsumura* discloses a "bioelectrode pad 7 [] composed of a first sheet 1, a conductive material 2, a hook 3, a second sheet 4, a conductive gel 5, a third sheet 6, and double-sided adhesive tape 9."  Matsumura, ¶16.<br><br>First sheet 1 and second sheet 4 "should be made of an insulating material that does not allow moisture to penetrate, for example, **polyethylene foam, polyurethane foam, or polyurethane sheet**."  *Id.*, ¶¶17-18.<br><br>**Second**, *Matsumura* discloses the electrical connection extending linearly from the physiologic data collection circuit to the electrode when viewed from above the electronic device, the polymer upper layer adhered to a polymer lower layer underlying the electrical connection.<br><br>As shown in Figure 1 below, first sheet 1 (e.g., upper polymer layer) overlays electrode gel 5, conductive material 2, and hooks 3 (e.g., electronic connection), and these three components extend linearly from the signal processor (e.g., housing).  For example, *Matsumura* discloses "The pieces of c**onductive material 2 are rod-shaped**, one end of which has two holes 2a for contacting the conductive gel 5 and the other end of which has two holes 2a through which the protruding portions of the hook 3 are inserted.  The two hooks 3 are arranged so that the protruding portions of the hook 3 can be inserted through the holes 2a and 1a from the back side of the conductive material 2. |

5

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
|  | With this configuration, the ***bioelectric potential detected by the conductive gel 5 are transmitted through the conductive material 2 and the hooks 3***." *Id.*, ¶19.<br><br>Each of these components are disclosed in Figure 1, as shown below.<br><br>[FIGURE 1 — annotated, showing Housing, Polymer upper layer, "Together with electrode gel 5, conductive rods 2 and hooks 3 comprise an electrical connection", Flexible layer, Polymer lower layer]<br><br>*Id.*, Figure 1 (annotated). |
| **1[d].** a connecting adhesive layer positioned under the polymer upper layer, the connecting adhesive layer adhering the polymer upper layer to the polymer lower layer; and | *Matsumura* discloses a connecting adhesive layer positioned under the polymer upper layer, the connecting adhesive layer adhering the polymer upper layer to the polymer lower layer.<br><br>For example, *Matsumura* explains that "an adhesive or glue, such as an acrylic adhesive for example, is applied to the back surface of the first sheet 1" and "adhesive or glue, such as acrylic adhesive for example, is applied to the surface of the second sheet 4. The adhesive, such as acrylic adhesive for example, is applied to the back surface of the second sheet 4." *Matsumura*, ¶18. As shown in Figure 4, for example, the adhesive applied to the back surface of the first sheet 1 and the adhesive applied |

6

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
|  | to the surface of second sheet 4 make up the connecting adhesive layer (indicated by red boxes) that adhere first sheet 1 (e.g., polymer upper layer) to second sheet 4 (e.g., polymer lower layer).<br><br>*Id.*, Figure 4(b) (annotated green indicating first sheet, blue indicating second sheet, and red boxes indicating connecting adhesive layer). |
| **1[e].** a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user. | *Matsumura* discloses a lower adhesive layer positioned on the flexible layer and configured to adhere the electronic device to a user.<br><br>For example, the "adhesive, such as acrylic adhesive, for example, [that] is applied to the back surface of the second sheet 4" is a lower adhesive layer that adheres the electronic device to a user.<br><br>Specifically, *Matsumura* explains that release sheet 8 is a sheet of material that is attached to the back surface of second sheet 4 and removed before use. *Id.*, ¶16. Release sheet 8 is "peeled off" to expose the adhesive back surface of the second sheet 4, which is applied to directly to the patient's skin. *Id.*, ¶16; *see also id.* Figure 2 (below). |

| U.S. Patent No. 12,274,554 | *Matsumura* |
|---|---|
| | [FIGURE 2 image]<br><br>Matsumura, Figure 2 (annotated yellow indicating release sheet 8, and blue indicating the adhesive back).<br><br>Accordingly, *Matsumura* discloses a lower adhesive layer (e.g., adhesive, such as acrylic adhesive) positioned on second sheet 4 (e.g., the polymer lower layer portion of the flexible layer), that adheres the device to a user. |

8