# Exhibit L

| U.S. Patent No. 12,303,277 | *Matsumura* |
|---|---|
| 1[pre]. An electronic device for long-term adhesion to a user, the device comprising: | *Matsumura* discloses an electronic device for long-term adhesion to a user.<br><br>Specifically, *Matsumura* discloses a "a bioelectric potential detector that can measure bioelectric potential (electrocardiograms)." Ex. 1005, Abstract. Further, "[t]he bioelectric potential detector 11 can be used as an electrocardiogram detector that is worn on the subject's chest to detect electrocardiogram signals." Matsumura, ¶24.<br><br>*Matsumura* explains that the "subject (patient) **wears the bioelectric potential detector 11 on his/her chest at all times** to detect electrocardiogram signals." *Id.*, ¶36. In this way, "the subject can take a shower or a bath 21 while wearing the waterproof bioelectric potential detector 11." *Id.*, ¶37.<br><br>*Matsumura* explains that an "adhesive, such as acrylic adhesive for example, is applied to the back surface of the second sheet 4." *Id.*, ¶18. Release sheet 8 is "peeled off" to expose the adhesive back surface of the second sheet 4, which is applied to directly to the patient's skin. *Id.*, ¶16; *see also id.* Figure 2 (below).<br><br>*Id.*, Fig. 2 (annotated). |
| 1[a]. a housing comprising a physiologic data collection circuit; | *Matsumura* discloses an electronic device for long-term adhesion to a user with a housing comprising a physiologic data collection circuit. |

1

| | |
|---|---|
| | *Matsumura* discloses a signal processor 10 including a physiologic data collection circuit. The signal processor 10 is surrounded by a housing.<br><br>"The **signal processor 10 includes a processing circuit for [e.g. physiologic data collection circuit] filtering and amplifying the detected biopotential signal**, a memory for storing the processed biopotential signal, and a module for modulating the processed biopotential signal and wirelessly transmitting the modulated biopotential signal. A circuit and a loop antenna are incorporated. Further, the **housing of the signal processor 10** has a waterproof structure." *Id.*, ¶25.<br><br><br><br>*Id.*, Fig. 1 (annotated). |
| 1[b]. an electrode-supporting section comprising a first substrate layer, a second substrate layer, and a lower adhesive layer positioned on a bottom surface, the lower adhesive layer providing adhesion to the skin of the user; | *Matsumura* discloses an electronic device for long-term adhesion to a user with an electrode-supporting section comprising a first substrate layer, a second substrate layer, and a lower adhesive layer positioned on a bottom surface, the lower adhesive layer providing adhesion to the skin of the user.<br><br>*Matsumura* discloses that bioelectrode pad 7 is an electrode supporting section.<br><br>Further, *Matsumura* discloses that the "bioelectrode pad 7 includes ***a first sheet 1 [e.g., second substrate layer]***, a conductive material 2, a hook 3, ***a second sheet 4 [e.g., first substrate layer]***, a |

2

conductive gel 5 [e.g., electrodes] , a third sheet 6, and a double-sided adhesive tape 9." *Id.*, ¶16.

Figure 1 discloses the bioelectrode pad 7 (e.g., electrode supporting section) including the first sheet 1 (e.g., second substrate layer) and the second sheet 4 (e.g., first substrate layer).



*Id.*, Fig. 1 (the second substrate layer is annotated in green and the first substrate layer is annotated in blue).

Moreover, *Matsumura* discloses that an "***adhesive, such as acrylic adhesive, for example, is applied to the back surface of the second sheet 4***" is a lower adhesive layer that adheres the electronic device to a user.

Specifically, *Matsumura* explains that release sheet 8 is a sheet of material that is attached to the back surface of second sheet 4 and removed before use. *Id.*, ¶16. Release sheet 8 is "peeled off" to expose the adhesive back surface of the second sheet 4, which is applied directly to the patient's skin. *Id.*, ¶16; *see also id.* Figure 2 (below).

3

| | |
|---|---|
| | <br><br>Matsumura, Figure 2 (annotated yellow indicating release sheet 8, and blue indicating the adhesive back).<br><br>Accordingly, *Matsumura* discloses a lower adhesive layer (e.g., adhesive, such as acrylic adhesive) positioned on second sheet 4 (e.g., first substrate layer), that adheres the device to a user. |
| 1[c]. an electrode positioned on the bottom surface of the electrode-supporting section, the electrode electrically connected to the physiologic data collection circuit; and | *Matsumura* discloses an electronic device for long-term adhesion to a user with an electrode positioned on the bottom surface of the electrode-supporting section, the electrode electrically connected to the physiologic data collection circuit.<br><br>*Matsumura* discloses conductive gel 5 (e.g., electrode) is positioned on the bottom surface of the bioelectrode pad 7 (e.g., electrode-supporting section).  For example, Figure 1 discloses the conductive gel 5 (e.g., electrode) positioned on the bottom surface of the bioelectrode pad 7 (e.g., electrode-supporting section).  The electrodes are annotated in yellow. |



*Id.*, Fig. 1 (the electrodes are annotated in yellow).

Further, *Matsumura* discloses conductive gel 5 (e.g., electrode) is electrically connected to the signal processor 10 (e.g. physiologic data collection circuit).

"A conductive material 2 and a hook are provided between the first sheet 1 and the second sheet 4 in order to derive a bioelectric potential detected by the conductive gel 5 disposed in the opening 4a of the second sheet 4. […] Two hooks 3 are arranged such that the protrusions of the hook 3 pass through the holes 2a and 1a from the back side of the conductive material 2. With this configuration, the biopotential detected by the conductive gel 5 is led out through the conductive material 2 and the hook 3." *Id.*, ¶18.

"Two hooks 3 are arranged such that the protrusions of the hook 3 pass through the holes 2a and 1a from the back side of the conductive material 2." *Id.*, ¶19.

"[T]he hook 3 projecting from the adhesive tape 9 is fitted to the hook fitting portion 10a on the bottom surface of the signal processor 10." *Id.*, ¶24.

Annotated figure 1 below discloses the electrical connection between the conductive gel 5 and the signal processor 10 represented by the flow of psychological data. The annotated figure below discloses the electrical connection between the conductive gel 5, hooks 3, and the signal processor 10.

5

| | |
|---|---|
| |  *Id.*, Fig. 1 (annotated arrows show the flow of bioelectric potential from the electrodes to the housing comprising the physiologic data collection circuit, which are both annotated in yellow). |
| 1[d]. wherein the first substrate layer is positioned over the electrode and extends horizontally away from the housing beyond a boundary of the electrode; and | *Matsumura* discloses an electronic device for long-term adhesion to a user wherein the first substrate layer is positioned over the electrode and extends horizontally away from the housing beyond a boundary of the electrode.<br><br>First, *Matsumura* discloses that the second sheet 4 (e.g., first substrate layer) is positioned over the conductive gel 5 (e.g., electrode). Figure 1 below discloses the second sheet 4 (e.g., first substrate layer) positioned over the conductive gel 5 (e.g., electrode). |

6



*Id.*, Fig. 1.

Second, *Matsumura* discloses that the conductive material 2 (e.g., first substrate layer) extends horizontally away from the housing beyond a boundary of the electrode. Specifically, as disclosed in annotated figure 1, the conductive material 2 extends outward from the housing and beyond a boundary of the conductive gel 5 (electrode). In other words, the conductive material 2 (e.g., first substrate layer) extends wider in the horizontal direction than both the housing and the electrodes.

7

| | |
|---|---|
| | <br><br>*Id.*, Fig. 1 (the second sheet 4 is annotated in blue, the electrodes and housing are annotated in yellow, and the annotated arrows show the horizontal extensions). |
| 1[e]. wherein the second substrate layer is positioned over the first substrate layer and extends horizontally beyond a boundary of the first substrate layer. | *Matsumura* discloses an electronic device for long-term adhesion to a user wherein the second substrate layer is positioned over the first substrate layer and extends horizontally beyond a boundary of the first substrate layer.<br><br>*Matsumura* discloses that the "second sheet 4 [e.g., first substrate layer] has the same outer shape as the first sheet 1 [e.g., second substrate layer][.]" *Id.*, ¶18. Figure 3 disclose the configuration of the first and second substrate layers. While sheets 1 and 4 have the same shape, there is no corresponding disclosure about the relative size of the two layers.<br><br><br><br>*Id.*, Fig. 1. |

8