IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| Plaintiff, Counter-Defendant | ) ) ) |
| v. | ) C.A. No. 24-1355 (JDW) |
| IRHYTHM TECHNOLOGIES, INC., | ) ) ) |
| Defendant, Counter-Plaintiff. | ) |

**JOINT SCHEDULING PROPOSAL AND [PROPOSED] ORDER**

Pursuant to the Court's February 17, 2026 Order (D.I. 144), the parties hereby submit this joint scheduling proposal. The Parties agree that no additional claim terms from U.S. Patent Nos. 12,204,819 (the "'819 patent") and 12,408,856 (the "'856 patent") require construction by the Court. The parties propose adding the following deadlines to the Scheduling Order (D.I. 29, 32) to address contentions for the newly asserted '819 and '856 patents and to address case narrowing:

| Event | Deadline |
|---|---|
| iRhythm to Serve Supplemental Infringement Contentions for the '819 and '856 Patents (Scheduling Order ¶ 8(C))[1,2] | February 27, 2026 |
| Bardy to Serve Invalidity Contentions for the '819 and '856 Patents (Scheduling Order ¶ 8(D)) | March 20, 2026 |
| Final Infringement Contentions (all patents) | March 27, 2026 |
| Final Invalidity Contentions (all patents) | April 3, 2026 |
| Responses to Final Invalidity Contentions (all patents) | April 15, 2026 |

---

[1] Defendant and Counterclaim Plaintiff iRhythm Technologies, Inc. ("iRhythm") supplemented its disclosure of accused products/methods, its damages model, and the asserted patents, pursuant to Paragraph 8(A) of the Scheduling Order, on February 20, 2026.

[2] iRhythm provided Bardy Diagnostics, Inc. with infringement contentions for the '819 and '856 patents on September 11, 2025. iRhythm will provide any supplementation to those contentions by February 27, 2026.

| | |
|---|---|
| Deadline for Bardy to Identify Asserted Claims for the Bardy Asserted Patents (limited to 20 claims total for all Bardy Asserted Patents)<br><br>Deadline for iRhythm to Identify Asserted Claims for the iRhythm Asserted Patents (limited to 30 claims total for all iRhythm Asserted Patents) | April 15, 2026 |
| Deadline for Final Identification of Invalidity References (limited to 15 prior art references or prior art systems for each asserted patent)[3] | April 22, 2026 |

This joint scheduling proposal shall not impact any other existing deadlines in the Court's Scheduling Order (D.I. 29, 32).

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Philip A. Rovner | /s/ E. Paul Steingraber |
| Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>P. Andrew Smith (#7117)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com<br>asmith@potteranderson.com<br><br>*Attorneys for Plaintiff* | Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com<br>esteingraber@morrisnichols.com<br><br>*Attorneys for Defendant* |

February 26, 2026

---

[3] For the avoidance of doubt, the parties' use of prior art other than as anticipation or obviousness references (e.g., to show the state of the art) is not subject to this limitation.

2

**SO ORDERED** this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE