# Exhibit A

**Knobbe, Martens, Olson & Bear LLP's Privilege Log in Response to Subpoena**

*Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.*, C.A. No. 24-cv-1355 (JDW)

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 1 | KMOB00002475 | KM0000382 | David Schmidt | Ted Lopez; Mark Day; Damien Howard; Eiko Fukuda | 9/17/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 2 | KMOB00002479 | KM0000384-KM0000385 | David Schmidt; Ted Lopez | Ted Lopez; Mark Day; Damien Howard; Eiko Fukuda; David Schmidt | 9/17/2024 – 9/18/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 3 | KMOB00003034-KMOB00003035 | N/A | David Schmidt | Ted Lopez | 4/23/2024 | Attorney-Client Privilege | Email and memo attachment reflecting legal advice from counsel regarding patent analysis |
| 4 | KMOB00003319-KMOB00003320 | N/A | David Schmidt | Ted Lopez; Mark Day; Damien Howard | 5/28/2024 | Attorney-Client Privilege | Email and memo attachment reflecting legal advice from counsel regarding patent analysis |
| 5 | KMOB00003397 | N/A | David Schmidt | Ted Lopez | 7/21/2024 | Attorney-Client Privilege | Memo reflecting legal advice from counsel regarding patent analysis |
| 6 | KMOB00003786 | KM0000888 | David Schmidt; Damien Howard | Ted Lopez; Mark Day; Heidi Archer | 11/28/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 7 | KMOB00004147 | KM0001382; KM0001397 | David Schmidt | Ted Lopez; Mark Day | 4/25/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 8 | KMOB00004155 | KM0001444; KM0001459 | David Schmidt | Ted Lopez; Mark Day | 2/7/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 9 | KMOB00004184 | KM0001499; KM0001512 | David Schmidt | Ted Lopez; Mark Day | 7/31/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 10 | KMOB00004189 | KM0001556; KM0001572 | David Schmidt; Damien Howard | Ted Lopez; Mark Day; Heidi Archer | 9/14/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 11 | KMOB00004397 | KM0001709; KM0001723 | David Schmidt | Ted Lopez; Mark Day | 6/2/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 12 | KMOB00004403 | KM0001767; KM0001781 | David Schmidt | Ted Lopez; Mark Day | 6/20/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 13 | KMOB00004420 | KM0001818; KM0001833 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 8/3/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 14 | KMOB00004424 | KM0001887; KM0001901 | David Schmidt | Ted Lopez; Mark Day | 7/13/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 15 | KMOB00004427 | KM0001938; KM0001952 | David Schmidt | Ted Lopez | 8/14/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 16 | KMOB00004441 | KM0002002; KM0002016 | David Schmidt | Ted Lopez | 7/6/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 17 | KMOB00004444 | KM0002057; KM0002064 | David Schmidt | Ted Lopez; Michael Straightiff | 5/13/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 18 | KMOB00004447 | KM0002104; KM0002120 | David Schmidt | Ted Lopez | 8/24/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 19 | KMOB00004452 | KM0002163; KM0002178 | David Schmidt | Ted Lopez; Mark Day | 8/24/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 20 | KMOB00004454 | KM0002222; KM0002237 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 9/13/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 21 | KMOB00004469 | KM0002279; KM0002295 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 8/31/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 22 | KMOB00004477 | KM0002329; KM0002345 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 9/27/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 23 | KMOB00004482 | KM0002381; KM0002396 | David Schmidt; Damien Howard | Ted Lopez | 10/2/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 24 | KMOB00004493 | KM0002435; KM0002451 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 11/15/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 25 | KMOB00004505 | KM0002486; KM0002502 | David Schmidt; Damien Howard | Ted Lopez | 11/22/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 26 | KMOB00004507 | KM0002541; KM0002542; KM0002557 | David Schmidt | Ted Lopez | 11/15/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 27 | KMOB00004511 | KM0002594; KM0002610 | David Schmidt | Ted Lopez | 1/11/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 28 | KMOB00004521 | KM0002657; KM0002673 | David Schmidt; Damien Howard | Ted Lopez | 2/9/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 29 | KMOB00004540 | KM0002710; KM0002718 | David Schmidt | Mark Day; Michael Straightiff | 6/8/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 30 | KMOB00004541 | KM0002769; KM0002777 | David Schmidt | Mark Day; Michael Straightiff | 6/8/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 31 | KMOB00004543 | KM0002822; KM0002835; KM0002836 | David Schmidt | Ted Lopez; Mark Day | 2/22/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 32 | KMOB00004551 | KM0002883; KM0002899 | David Schmidt | Ted Lopez; Mark Day | 1/19/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 33 | KMOB00004576 | KM0002931; KM0002939 | David Schmidt | Mark Day; Michael Straightiff | 6/24/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 34 | KMOB00004613 | KM0002982; KM0002996 | David Schmidt | Ted Lopez; Mark Day | 4/1/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 35 | KMOB00004631 | KM0003022 | David Schmidt; Keith Lim | Mark Day | 9/18/2021 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 36 | KMOB00004648 | KM0003071; KM0003086 | David Schmidt | Ted Lopez; Mark Day | 5/3/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 37 | KMOB00004650 | KM0003141; KM0003156 | David Schmidt; Damien Howard | Ted Lopez; Mark Day | 5/22/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 38 | KMOB00004664 | KM0003186; KM0003195 | David Schmidt | Mark Day; Michael Straightiff | 7/1/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 39 | KMOB00004704 | KM0003224; KM0003233 | David Schmidt | Mark Day; Michael Straightiff; Stacey Halpern | 7/15/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 40 | KMOB00004708 | KM0003269; KM0003284 | David Schmidt | Ted Lopez; Mark Day; Heidi Archer | 8/24/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 41 | KMOB00004720 | KM0003332; KM0003347 | David Schmidt | Ted Lopez; Mark Day; Heidi Archer | 9/4/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 42 | KMOB00004727 | KM0003366 | David Schmidt | Ted Lopez; Mark Day; Heidi Archer | 10/1/2024 | Attorney-Client Privilege | Email communication reflecting legal advice from counsel regarding patent prosecution |
| 43 | KMOB00004737 | KM0003402; KM0003410 | David Schmidt; Keith Lim | Mark Day | 2/2/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 44 | KMOB00004739 | KM0003429; KM0003438 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 7/23/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 45 | KMOB00004741 | KM0003481; KM0003496 | David Schmidt | Ted Lopez; Mark Day; Heidi Archer; Eiko Fukuda | 10/18/2024 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 46 | KMOB00004764 | KM0003532; KM0003541 | David Schmidt | Mark Day; Michael Straightiff | 8/17/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 47 | KMOB00004767 | KM0003588; KM0003598 | David Schmidt | Mark Day; Michael Straightiff | 8/24/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 48 | KMOB00004781 | KM0003644; KM0003654 | David Schmidt | Mark Day; Michael Straightiff | 9/27/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 49 | KMOB00004786 | KM0003694; KM0003704 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 9/6/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 50 | KMOB00004793 | KM0003742; KM0003752 | David Schmidt | Mark Day; Michael Straightiff | 10/25/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 51 | KMOB00004795 | KM0003792; KM0003803 | David Schmidt | Mark Day; Michael Straightiff | 11/11/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 52 | KMOB00004797 | KM0003832; KM0003843 | David Schmidt | Mark Day; Michael Straightiff | 12/3/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 53 | KMOB00004841 | KM0003887; KM0003899 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 1/26/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 54 | KMOB00004843 | KM0003939; KM0003951 | David Schmidt | Mark Day; Michael Straightiff | 1/12/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 55 | KMOB00004847 | KM0003990; KM0004002 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 2/20/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 56 | KMOB00004853 | KM0004043; KM0004055; KM0004056 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 3/6/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 57 | KMOB00004857 | KM0004098; KM0004099; KM0004113 | David Schmidt | Mark Day; Michael Straightiff | 3/10/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 58 | KMOB00004859 | KM0004164; KM0004178 | David Schmidt | Mark Day; Michael Straightiff; Ted Lopez; Nicole Greene | 3/17/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 59 | KMOB00004871 | KM0004228; KM0004242 | David Schmidt | Mark Day; Ted Lopez | 5/23/2023 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |

| No. | Control No. | Bates No. | Author(s) | Recipient(s) | Date | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| 60 | KMOB00005175 | KM0004278; KM0004285 | David Schmidt; Keith Lim | Mark Day; Michael Straightiff | 4/27/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 61 | KMOB00005192 | KM0004312; KM0004319 | David Schmidt; Keith Lim | Mark Day | 4/9/2022 | Attorney-Client Privilege | Legal advice from counsel regarding patent prosecution |
| 62 | KMOB00005322 | N/A | David Schmidt | Mark Day | 12/20/2019 | Attorney-Client Privilege | Email reflecting legal advice from counsel regarding patent prosecution |

| Name | Title/Legal Qualification; Employer |
|---|---|
| Heidi Archer | Paralegal; iRhythm Technologies, Inc. |
| Mark Day | Chief Technology Officer; iRhythm Technologies, Inc. |
| Eiko Fukuda | Legal Assistant; Knobbe Martens, LLP |
| Nicole Greene | Vice President/Attorney; iRhythm Technologies, Inc. |
| Stacey Halpern | Partner/Attorney; Knobbe Martens, LLP |
| Damien Howard | Partner/Attorney; Knobbe Martens, LLP |
| Keith Lim | Associate/Attorney; Knobbe Martens, LLP |
| Ted Lopez | Director/Attorney; iRhythm Technologies, Inc. |
| David Schmidt | Partner/Attorney; Knobbe Martens, LLP |
| Michael Straightiff | Vice President; iRhythm Technologies, Inc. |