# Exhibit I

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 18/936888 |
|---|---|---|
| | Filing Date | November 04, 2024 |
| | First Named Inventor | Kumar, Uday N. |
| | Art Unit | 3794 |
| *(Multiple sheets used when necessary)* | Examiner | Antiskay, Brian Michael |
| SHEET 1 OF 1 | Attorney Docket No. | IRHYM.002C9 |

| | | U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|---|---|
| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known) Example: 1,234,567 B1* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | 1 | 4,623,206 | 11-18-1986 | Fuller | |
| | 2 | 12,133,731 | 11-05-2024 | Abercrombie II et al. | |
| | 3 | 12,133,734 | 11-05-2024 | Kumar et al. | |
| | 4 | 2007/0299325 | 12-27-2007 | Farrell | |
| | 5 | 2024/0382130 | 11-21-2024 | Bahney et al. | |
| | 6 | 2024/0382131 | 11-21-2024 | Bahney et al. | |
| | 7 | 2024/0398309 | 12-05-2024 | Kumar et al. | |
| | 8 | 2024/0398310 | 12-05-2024 | Kumar et al. | |
| | 9 | 2025/0009271 | 01-09-2025 | Bahney et al. | |

| | | FOREIGN PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code Example: JP 1234567 A1* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
| | 10 | JP 2019-140680 | 08-22-2019 | PREFERRED NETWORKS INC. | | X |
| | 11 | JP 2019-528511 | 10-10-2019 | Mitsubishi Electric Corporation | | X |
| | 12 | JP 2024-164285 | 11-26-2024 | Irhythm Technologies, Inc. | | X |
| | 13 | JP 2025-000653 | 01-07-2025 | Irhythm Technologies, Inc. | | X |
| | 14 | WO 2019/070978 | 04-11-2019 | MAYO FOUND MEDICAL EDUCATION & RES | | |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| **\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant. | | | |

T[1] - Place a check mark in this area when an English language Translation is attached.