# EXHIBIT J

# Exhibit Intentionally Left Blank