## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BARDY DIAGNOSTICS, INC.,                    )
                                            )
    Plaintiff/Counter Defendant,        )
                                            )       C.A. No. 24-1355-JDW
    v.                                  )
                                            )       **JURY TRIAL DEMANDED**
IRHYTHM TECHNOLOGIES, INC.,                 )
                                            )
    Defendant/Counter Plaintiff.        )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, prior to 5:00 p.m., on March 17, 2026, the following

document was served on the following counsel of record at the addresses and in the manner

indicated:

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDWIN VALDEZ

## VIA EMAIL

Brian P. Egan
Megan E. Dellinger
E. Paul Steingraber
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9454
began@morrisnichols.com
mdellinger@morrisnichols.com
esteingraber@morrisnichols.com

Melanie L. Mayer
Jonathan Tamimi
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389-4510
mmayer@fenwick.com
jtamimi@fenwick.com
irhythm-bardy@fenwick.com

Min Wu
FENWICK & WEST LLP
555 California St, #12
San Francisco, CA 94104
(415) 875-2204
min.wu@fenwick.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey R. Gargano
Melissa M. Haulcomb
Jared R. Lund
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: March 17, 2026
12831072

By: /s/ *Philip A. Rovner*
　　　Philip A. Rovner (#3215)
　　　Andrew M. Moshos (#6685)
　　　P. Andrew Smith (#7117)
　　　Hercules Plaza
　　　P.O. Box 951
　　　Wilmington, DE  19899
　　　(302) 984-6000
　　　provner@potteranderson.com
　　　amoshos@potteranderson.com
　　　asmith@potteranderson.com

*Attorneys for Plaintiff*
*Bardy Diagnostics, Inc.*

2