IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARDY DIAGNOSTICS, INC., | ) | |
| | ) | |
| Plaintiff, Counter-Defendant | ) | |
| | ) | |
| v. | ) | C.A. No. 24-1355 (JDW) |
| | ) | |
| IRHYTHM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant, Counter-Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *iRhythm Technologies, Inc.'s First Supplemental Objections and Responses to Bardy's First Set of Requests for Productions of Documents and Things (Nos. 1-45)* and (2) *iRhythm Technologies, Inc.'s First Supplemental Objections and Responses to Bardy's Second Set of Requests for Production of Documents and Things (Nos. 46-66)* were caused to be served on April 10, 2026, upon the following in the manner indicated.

Philip A. Rovner, Esquire                               *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
P. Andrew Smith, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                           *VIA ELECTRONIC MAIL*
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K& L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                      *VIA ELECTRONIC MAIL*
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

Anna Shabalov, Equire                                           *VIA ELECTRONIC MAIL*
Rachel E. Ellenberger, Esquire
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA  15222
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ E. Paul Steingraber*

_____

Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Melanie L. Mayer
Jonathan Tamimi
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
(206) 389- 4510

Robert Edward Counihan
Daniel Rabinowitz
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY  10010
(212) 430- 2600

Min Wu
FENWICK & WEST LLP
555 California Street, Suite 12
San Francisco, CA  94104
(415) 875-2300

April 10, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on April 10, 2026, upon the following in the manner indicated:

Philip A. Rovner, Esquire                                   *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
P. Andrew Smith, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                 *VIA ELECTRONIC MAIL*
Melissa M. Haulcomb, Esquire
A. Rebekah Hill, Esquire
Jared R. Lund, Esquire
K& L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                  *VIA ELECTRONIC MAIL*
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

Anna Shabalov, Equire                                       *VIA ELECTRONIC MAIL*
Rachel E. Ellenberger, Esquire
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA  15222
*Attorneys for Plaintiff*

*/s/ E. Paul Steingraber*

E. Paul Steingraber (#7459)